UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2009 DEC -1 P 3:41

COMPLAINT FORM

U.S. DISTRICT COURT
HARTFORD, CT.

Matthew Taylor

---
Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3.09cv1952 (CFD)
(To be supplied by the Court)

v.

On Attached Pages

---
Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Matthew Taylor is a citizen of Connecticut who
   (Plaintiff)                          (State)
presently resides at 145 Dorchester Ave.
           (mailing address)    Waterbury, CT 06704

2. Defendant Barack Obama is a citizen of Washington, D.C.
   (name of first defendant)              (State)
whose address is 1600 Pennsylvania Ave. N.W.

# Parties

List of Defendants:

## Former Senator/Current President

Barack Obama –
Being sued in his official capacity

Address:
   1600 Pennsylvania Ave. N.W.
   Washington, D.C. 20500

## Former President

George W. Bush –
Being sued in his individual capacity

Address:
   1725 Lakepointe Drive
   Lewisville, TX 75057

## Former President

George H. W. Bush –
Being sued in his individual capacity

Addresses:
   10000 Memorial Dr. Suite 900
   Houston, TX 77024

## Former Senator/Current Vice-President

Joe Biden –
Being sued in his official capacity

Address:
   1600 Pennsylvania Ave. N.W.
   Washington, D.C. 20500

## Former Vice-President

Richard Cheney –
Being sued in his individual capacity

Address:
    c/o The Harry Walker Agency, Inc.
    355 Lexington Avenue, 21st Floor
    New York, NY 10017

## Chief Architect Mastermind Senators

John Cornyn –
Being sued in his official capacity

Address:
    517 Hart Senate Office Bldg
    Washington, DC 20510

Jim DeMint –
Being sued in his official capacity

Address:
    340 Russell Senate Office Bldg
    Washington, DC 20510

Richard Shelby –
Being sued in his official capacity

Address:
    304 Russell Senate Office Bldg
    Washington , DC 20510

John McCain –
Being sued in his official capacity

Address:
    241 Russell Senate Office Bldg
    Washington, DC 20510

Johnny Isakson –
Being sued in his official capacity

Address:
    120 Russell Senate Office Bldg
    Washington, DC 20510

Orrin G. Hatch –
Being sued in his official capacity

Address:
    104 Hart Senate Office Bldg
    Washington, DC 20510

Arlen Specter –
Being sued in his official capacity

Address:
    711 Hart Senate Office Bldg
    Washington, DC 20510

Saxby Chambliss –
Being sued in his official capacity

Address:
    416 Russell Senate Office Bldg
    Washington, DC 20510

**Joe Lieberman*** -
Being sued in his official capacity

Address:
706 Hart Senate Office Bldg
Washington, DC 20510

\* - Mr. Lieberman is a primary driving force behind this multiple murder conspiracy, working both sides of the political spectrum.

**Senators**

Harry Reid –
Being sued in his official capacity

Address:
522 Hart Senate Office Bldg
Washington, DC 20510-4904

Mitch McConnell –
Being sued in his official capacity

Address:
361-A Russell Senate Office Bldg
Washington, D.C. 20510

Lindsey Graham –
Being sued in his official capacity

Address:
290 Russell Senate Office Bldg
Washington, DC 20510

George Voinovich –
Being sued in his official capacity

Address:
524 Hart Senate Office Bldg
Washington, DC 20510

Bryon L. Dorgan –
Being sued in his official capacity

Address:
322 Hart Senate Office Bldg
Washington, DC 20510

Russ Feingold –
Being sued in his official capacity

Address:
506 Hart Senate Office Bldg
Washington, DC 20510

Bernie Sanders –
Being sued in his official capacity

Address:
332 Dirksen Senate Office Bldg
Washington, DC 20510

Sherrod Brown –
Being sued in his official capacity

Address:
713 Hart Senate Office Bldg
Washington, DC 20510

Charles Schumer –
Being sued in his official capacity

Address:
313 Hart Senate Office Bldg
Washington, DC 20510

Patrick J. Leahy –
Being sued in his official capacity

Address:
433 Russell Senate Office Bldg
Washington, DC 20510

Amy Klobuchar –
Being sued in her official capacity

Address:
   302 Hart Senate Office Bldg
   Washington, DC  20510

Bill Nelson –
Being sued in his official capacity

Address:
   716 Hart Senate Office Bldg
   Washington, DC  20510

Dick Durbin –
Being sued in his official capacity

Address:
   309 Hart Senate Office Bldg
   Washington, DC  20510

John F. Kerry –
Being sued in his official capacity

Address:
   218 Russell Senate Office Bldg
   Washington, DC  20510

Sheldon Whitehouse –
Being sued in his official capacity

Address:
   502 Hart Senate Office Bldg
   Washington, DC  20510

Chris Dodd –
Being sued in his official capacity

Address:
   448 Russell Senate Office Bldg
   Washington, DC  20510

Jon Kyl –
Being sued in his official capacity

Address:
   730 Hart Office Bldg
   Washington, DC  20510

Jay Rockefeller –
Being sued in his official capacity

Address:
   531 Hart Senate Office Bldg
   Washington, DC  20510

Claire McCaskill –
Being sued in her official capacity

Address:
   717 Hart Senate Office Bldg
   Washington, DC  20510

Barbara Boxer –
Being sued in her official capacity

Address:
   112 Hart Senate Office Bldg
   Washington, DC  20510

Diane Feinstein –
Being sued in her official capacity

Address:
   331 Hart Senate Office Bldg
   Washington, DC  20510

Jeff Sessions -
Being sued in his official capacity

Address:
   326 Russell Senate Office Bldg
   Washington, DC  20510

## Former Senators Who were Chief Architect Mastermind Senators

Trent Lott –
Being sued in his individual capacity

Address:
    607 14th St. N.W.
    Washington, DC 20005

Ted Stevens -*
Being sued in his individual capacity
Address:

Rick Santorum –
Being sued in his individual capacity

Address:
    c/o The Harry Walker Agency, Inc.
    355 Lexington Avenue, 21st Floor
    New York, NY 10017

Currently the only option I have available to me is to look up the defendants addresses via the internet. I was unable to find a viable address for Mr. Stevens'. Once I am financially able, I will look him up on a pay search website, if that is unsuccessful then I will hire a private investigator to obtain his address.

## Congressmen/Congresswomen

Nancy Pelosi –
Being sued in her official capacity

Address:
    235 Cannon House Office Bldg
    Washington, DC 20515

Chaka Fattah –
Being sued in his official capacity

Address:
    2301 Rayburn House Office Bldg
    Washington, DC 20515

Al Green -
Being sued in his official capacity

Address:
    236 Cannon House Office Bldg
    Washington, DC 20515

Charles B. Rangel –
Being sued in his official capacity

Address:
    2354 Rayburn House Office Bldg
    Washington, DC 20515

Patrick J. Kennedy –
Being sued in his official capacity

Address:
    407 Cannon House Office Bldg
    Washington, DC 20515

John Conyers, Jr. -
Being sued in his official capacity

Address:
    2426 Rayburn House Office Bldg
    Washington, DC 20515

Keith Ellison -
Being sued in his official capacity

Address:
   1122 Longworth House Office Bldg
   Washington, DC  20515

Silvestre Reyes -
Being sued in his official capacity

Address:
   2433 Rayburn House Office Bldg
   Washington, DC  20515

Edolphus Towns -
Being sued in his official capacity

Address:
   2232 Rayburn House Office Bldg
   Washington, DC  20515

Maxine Waters -
Being sued in her official capacity

Address:
   2344 Rayburn House Office Bldg
   Washington, DC  20515

Sheila Jackson Lee -
Being sued in her official capacity

Address:
   2160 Rayburn House Office Bldg
   Washington, DC  20515

Diane E. Watson -
Being sued in her official capacity

Address:
   2430 Rayburn House Office Bldg
   Washington, DC  20515

Henry Waxman -
Being sued in his official capacity

Address:
   2204 Rayburn House Office Bldg
   Washington, DC  20515

Yvette D. Clark -
Being sued in her official capacity

Address:
   1029 Longworth House Office Bldg
   Washington, DC  20515

Stephen F. Lynch -
Being sued in his official capacity

Address:
   221 Cannon House Office Bldg
   Washington, DC  20515

Caryolyn Cheeks Kilpatrick -
Being sued in her official capacity

Address:
   2264 Rayburn House Office Bldg
   Washington, DC  20515

Elijah E. Cummings -
Being sued in his official capacity

Address:
   2235 Rayburn House Office Bldg
   Washington, DC  20515

Wm. Lacy Clay, Jr. -
Being sued in his official capacity

Address:
   2418 Rayburn House Office Bldg
   Washington, DC  20515

Melvin L. Watt -
Being sued in his official capacity

Address:
2304 Rayburn House Office Bldg
Washington, DC 20515

Louse M. Slaughter -
Being sued in her official capacity

Address:
2469 Rayburn House Office Bldg
Washington, DC 20515

Rosa L. DeLauro -
Being sued in her official capacity

Address:
2413 Rayburn House Office Bldg
Washington, DC 20515

Debbie Wasserman Shultz -
Being sued in her official capacity

Address:
118 Cannon House Office Bldg
Washington, DC 20515

Chris Murphy -
Being sued in his official capacity

Address:
412 Cannon House Office Bldg
Washington, DC 20515

John A. Boehner -
Being sued in his official capacity

Address:
1011 Longworth House Office Bldg
Washington, DC 20515

Kendrick Meeks -
Being sued in his official capacity

Address:
1039 Longworth House Office Bldg
Washington, DC 20515

Barbara Lee -
Being sued in her official capacity

Address:
2444 Rayburn House Office Bldg
Washington, DC 20515

Joe Courtney -
Being sued in his official capacity

Address:
215 Cannon House Office Bldg
Washington, DC 20515

James E. Clyburn -
Being sued in her official capacity

Address:
2135 Rayburn House Office Bldg
Washington, DC 20515

John B. Larson -
Being sued in his official capacity

Address:
106 Cannon House Office Bldg
Washington, DC 20515

### Former Congressmen Who was a Chief Architect Mastermind Congressman

J. Dennis Hastert -*
Being sued in his individual capacity

Address:

Currently the only option I have available to me is to look up the defendants addresses via the internet. I was unable to find a viable address for Mr. Stevens'. Once I am financially able, I will look him up on a pay search website, if that is unsuccessful then I will hire a private investigator to obtain his address.

Harold E. Ford -
Being sued in his individual capacity

Address:
    4 World Financial Center
    250 Vesey St.
    New York, NY 10080

### Former Senator/Current Secretary of State

Hillary R. Clinton -
Being sued in her official capacity

Address:
    2201 C Street N.W.
    Washington, DC 20520

### Governors

| | |
|---|---|
| M. Jodi Rell - <br> Being sued in her official capacity | Ted Strickland - <br> Being sued in his official capacity |
| Address: <br>   210 Capitol Ave. <br>   Hartford, Connecticut 06106 | Address: <br>   Riffe Center, 30th Floor <br>   77 S. High Street |
| Ed Rendell – <br> Being sued in his official capacity | Pat Quinn - <br> Being sued in his official capacity |
| Address: <br>   225 Main Capitol Bldg <br>   Harrisburg, PA 17120 | Address: <br>   100 W. Randolph, 16-100 <br>   Chicago, IL 60601 |

## Former Governors

Sarah Palin -*
Being sued in her individual capacity

Address:

Currently the only option I have available to me is to look up the defendants addresses via the internet. I was unable to find a viable address for Mr. Stevens'. Once I am financially able, I will look him up on a pay search website, if that is unsuccessful then I will hire a private investigator to obtain his address.

Rudy Giuliani
Being sued in his individual capacity

Address:
   5 Times Square
   New York, NY 10036

## Mayors

Michael J. Jarjura -
Being sued in his official capacity

Address:
   264 Harwood Rd.
   Waterbury, CT 06706

Michael Nutter -
Being sued in his official capacity

Address:
   168 City Hall
   Philadelphia, PA 19107

Michael Bloomberg -
Being sued in his official capacity

Address:
   66 John St., 3rd Floor
   New York, NY 10038-3735

## The National Football League (NFL)

Commissioner Roger Goodell --
Being sued in his official capacity

Address:
   280 Park Ave.
   New York, NY 10017

### Insurance Companies

AIG –
Being sued in its official capacity

Address:
   70 Pine Street, Floor 21
   New York, NY 10270

Ohio National Financial Services –
Being sued in its official capacity

Address:
   1 Financial Way
   Cincinnati, OH 45242

Standard Insurance Company –
Being sued in its official capacity

Address:
   900 SW 5th Ave.
   Portland, OR 97204

### Wireless Phone Companies

Verizon Wireless -
Being sued in its official capacity

Address:
   140 West St.
   New York, NY 10007

Nextel -
Being sued in its official capacity

Address:
   2001 Edmund Halley Dr.
   Reston, VA 20191

### Banks

Key Bank -
Being sued in its official capacity

Address:
   127 Public Square
   Cleveland, OH 44114

$5^{th}/3^{rd}$ Bank -
Being sued in its official capacity

Address:
   38 Fountain Square Plaza, $5^{th}/3^{rd}$ Center
   Cincinnati, OH 45263

### Media Moguls

Rupert Murdoch -
Being sued in his official capacity

Address:
   1211 Avenue of the Americas
   New York, NY 10036

Roger Ailes -
Being sued in his official capacity

Address:
   1211 Avenue of the Americas
   New York, NY 10036

3. Defendant George W. Bush is a citizen of Texas
   (name of second defendant)                (State)

whose address is 1725 Lakepointe Dr. Lewisville, TX 75057

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

Connecticut is my home state.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

All listed with the Complaint.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** All listed within the Complaint.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** All listed within the Complaint.

Supporting Facts:

# E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
   ____Yes _X_ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit:

Plaintiff(s):_____
_____

Defendant(s):_____
_____

   b. Name and location of court and docket number _____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____
_____

   d. Issues raised: _____
_____

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

n/a

**F. REQUEST FOR RELIEF**
WHEREFORE, plaintiff demands: (state the relief you seek)

On Attached Pages

**G. JURY DEMAND**

Do you wish to have a jury trial? Yes __X__  No _____

| | _Matthew Saylor_ |
|---|---|
| Original signature of attorney (if any) | **Plaintiff's Original Signature** |

| | |
|---|---|
| Printed Name | Printed Name |

_____

| | 145 Dorchester Ave. |
|---|---|
| ( ) | ( ) Waterbury, CT 06704 |
| Attorney's full address and telephone | Plaintiff's full address and telephone |
| | (404) 226-2414 |

| | matttaylor,r@aol.com + |
|---|---|
| Email address if available | Email address if available matt-2929-29@yahoo.com |

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Jacksonville Florida_ on _November 21, 2009_.
    (location)     (date)

_Matthew Saylor_
**Plaintiff's Original Signature**

Sworn to and subscribed before me this _21_ day of _November_, 2009
_Tracey Regenold_
Signature of Notary Public-State of Florida
_Tracey Regenold_
Print, Type or Stamp Name of Notary Public
☐ Personally known to me, or
☑ Produced identification: CDL 0284pp183
    Type of identification

(Rev.9/22/09)

Tracey Regenold
MY COMMISSION # DD538164 EXPIRES
April 9, 2010
BONDED THRU TROY FAIN INSURANCE, INC.

6

# Request For Relief

All Current Federally Publically Elected Officials & Individuals Currently in Federal Government: - $40 Billion dollars

George W. Bush: - $1 Billion dollars

George H. W. Bush: - $1 Billion dollars

Richard Cheney: - $1 Billion dollars

Trent Lott: - $100 Million dollars

Rick Santorum: - $100 Million dollars

Ted Stevens: - $100 Million dollars

J. Dennis Hastert: - $100 Million dollars

Harold E. Ford: - $100 Million dollars

M. Jodi Rell: - $10 Million dollars

Ted Strickland: - $100 Million dollars

Ed Rendell: - $10 Million dollars

Pat Quinn: - $10 Million dollars

Sarah Palin: - $100 Million dollars

Rudy Giuliani: - $100 Million dollars

Michael J. Jarjura: - $10 Million dollars

Michael Nutter: - $10 Million dollars

Michael Bloomberg: - $1 Billion dollars

Commissioner Roger Goodell (NFL): -

- Request that the court order an injunction to have Synthetic Human Growth Hormone, which is being used and abused throughout the entire league, replaced for Bioelixir a safe Precursor Human Growth Hormone. Please keep in mind that Synthetic Human Growth Hormone is leading to the professional players within the NFL prematurely dying, Bioelixir will enhance the professional players' health.

$ 2 Billion dollars

AIG: - $5 Billion dollars

Ohio National Financial Services: - $5 Billion dollars

Standard Insurance Company: - $5 Billion dollars

Verizon Wireless: - $40 Billion dollars

Nextel: - $10 Billion dollars

Key Bank: - $10 Billion dollars

$5^{th}/3^{rd}$ Bank: - $10 Billion dollars

Rupert Murdock: - $10 Billion dollars

Roger Ailes: - $10 Billion dollars