# Complaint



FILED
2009 DEC 1 P 3:49.
U.S. DISTRICT COURT
HARTFORD. CT.

# Segment 1

# Cause of Action

Over the last several weeks I incorrectly thought that I was doing everything in my power to try and solidify civil legal representation to resolve my plight within a federal U.S. District Court. Due to the enclosed communication from Mr. Marwan E. Porter dated Friday June 5th of this year (2009). I mistakenly thought that once I could get an attorney to take my case they could file a civil lawsuit on my behalf in a federal U.S. District Court of my choice. My lack of knowledge of the state and federal court systems and the realization of the significance of the categorization of my "home" state, resulted in me not working towards my desired objective, but merely widely disturbing the details of my plight around the nation to attorneys that practiced mainly within state courts that could not assist me. Out of the lawyers I contacted I may have inadvertently contacted attorneys that practiced within their prospective federal U.S. District Courts, but I only contacted 17 attorneys in the state of Connecticut and I have no idea if any of them practiced within the 2nd Federal Circuit. Once I became aware of the proper guidelines and procedures, I immediately made the necessary adjustments and put a game plan together that would ultimately result in the rectification of my plight.

On Tuesday November 10th of this year (2009) I had a very descriptive conversation with Ms. Deatrice Smith and was able to explain the crux of my situation. I successfully conveyed to her the tight financial time constraints that I was and am still under. There is a substantial amount of money that is illegally being withheld from me. I desperately need this money released to me before I completely run out of money. My resources are quickly dwindling, and as I shared with Ms. Smith, preparing this Pro Se civil lawsuit is going to deplete the majority of the meager amount that I have. I am simply not financially able to put together this lawsuit as completely as I have constructed numerous detailed packages in the past, I have however selectively and strategically included supporting documents I deem pertinent to both verify what I have listed and illuminate the actual picture. The moment I am financially able to prepare a complete lawsuit I will do so, and a motion will be submitted requesting that I be given permission to file additional supporting documentation to my initial submission.

As you will quickly see, from the documents I have submitted, despite the fact that a number of individuals did not fulfill their legal obligations for the positions they held, many were actually appointed to their positions, I never lost faith nor hope in either the legal or the judicial systems. I have and have always had a very high respect and belief in both systems. Ms. Smith was extremely helpful to me in sending me both the necessary documents I needed to file a civil lawsuit Pro Se and she forwarded me a list of 90 attorneys in the court's Pro Bono Program as well as the phone numbers to four lawyer referral services. As I touched upon previously I am in a very difficult and rapidly deteriorating predicament, where I must act as quickly as possible to free up the money that is illegally being withheld from me. While I am not all comfortable with initiating a civil lawsuit Pro Se, nor do I currently have the means to financially fulfill all of the obligations necessary to maintain its good standing within the court, I have no other option available to me. As soon as my Pro Se lawsuit is forwarded to the court, I plan on very aggressively and meticulously pursue every lead Ms. Smith forwarded to me in solidifying civil legal representation to assume the stewardship of my Pro Se lawsuit. Along with my Pro se lawsuit I am filing a series of Motions, one of which is a Motion for Appointment of Counsel. The Guide for Pro Se Litigants states:

"Before the court will consider appoint counsel, the pro se litigant must demonstrate that he has made attempts to obtain representation or legal assistance on his own, but was unsuccessful."

The example that is listed, is:

..."several law firms declined assistance because the litigant is indigent."*

* - I am going to take some time to elaborate on this. When the court becomes aware of the efforts I have taken to solidify civil legal representation, I will have more than demonstrated that I have done everything in my power to secure an attorney. The example listed however only partially applies to me. In thinking about it (which I really haven't) I begrudgingly acknowledge that currently I am best categorized as indigent. I have always taken my predicament straight up and directly, with a positive attitude and firm belief in God, and my faith in Him gave me hope that one day what was upside down, would be turned right side up. Neither my financial status, nor the hardships I have endured and am still withstanding, nor the comforts of life that I have lacked for several years now, are the reasons the law firms I have contacted have declined to assist me. Despite whether or not they could practice law with Connecticut's U.S. District Court, my case has simply been well out of their "wheel house" and completely over their head. As you will see from my complaint, the daily challenges of life that I must contend with, in no way impact the quality of my communications. Some settings are more conducive than others to work in, but I have been blessed to operate at the same level no matter what the environment.

In researching information about federal lawsuits I came across the following tidbit:

"Lawsuits are mainly about facts. It is important to understand the law, of course. You must be able to cite and discuss constitutional provisions, cases, and statutes and challenge any misstatements about the law that your opponents make. In the end, however, facts matter more. You can think of a lawsuit as a basketball or football game. While you need to understand the rules of the game – the law – you will win only if you score the most points. In a lawsuit, facts are points."

The Guide for Pro Se Litigants (that Ms. Smith sent to me) states:

It (The Guide for Pro Se Litigants) is intended only as an informative and practical resource. The information should be read and used in conjunction with the Federal Rules of Civil Procedure, the District of Connecticut Local Rules and the specific practices of the judge assigned to your case.

Given what I stated in the previous paragraphs concerning, the tight time constraints I am under, and the utmost respect I have for the court, I have neither the time to study constitutional provisions, cases, and statutes nor an interest in trying to impersonate a competent attorney. From what is stated, I have used the Guide for Pro Se Litigants, much differently than its intended purpose. I have used it as a navigational map in constructing my Pro Se lawsuit. While the Guide clearly cites that it should be used in conjunction with both the Federal Rules of Civil

Procedure and the District of Connecticut Local Rules, if I were to attempt and try to fulfill this requirement, my unfamiliarity with both legal information resources would quite possibly lead to improper references that would both distract from my complaint and unintentionally frustrate the court. These are two outcomes, I have no interest in realizing. Rather than trying obtain a working knowledge of both legal resources in a matter of a few days, my time can best be utilized in seeking civil legal representation, after my Pro Se lawsuit (that must be filed as quickly as possible) is forwarded to the court.

In the explanation of what lawsuits are, past the constitutional provisions, cases, and statutes, the emphasis is put on facts, irrefutable facts are the upper echelon of the fact spectrum. In addressing both the unique occurrences I have endured and the slew of very prominent high profile individuals deeply intertwined within my plight, irrefutable facts are the only things that I could utilize. Over the years a plethora of irrefutable facts have been accumulated that can be neither challenged or questioned. While I am sure in many ways my Pro Se lawsuit will be unorthodoxed from what is normally filed within the court, irrefutable facts soundly establish what is stated.

# Complaint

# Segment 2

# Cause of Action

As previously stated in my initial submission, my resources are nearly depleted, I am working under a very tight time constraint before I simply run out of money. Given that, I haven't the time to reconfigure what I need addressed within the normal parameters of a formal complaint, so I am going to first submit a very detailed over view of my predicament that I have forwarded to well over 1,000 attorneys and several State Bar Associations across the nation as well as the American Bar Association soliciting assistance in rectifying my plight. This communication will enable the court and jurors (if need be) to understand exactly what has transpired, what the situation is currently, and who is involved within my plight and most importantly who is responsible for my plight.

Following that detailed assortment, where I have devoted both my time and energy, is on putting together a varied collection of supporting documents, disc of pictures, and a DVD that not only reiterates a great deal that is identified within my detailed over view but also addresses "subject matter" that is absent from my over view.

# Complaint

# Segment 3

# Cause of Action

To Whom It May Concern: (Saturday November 21st of this year (2009))

I am in the midst of a very frustrating and perplexing situation that has rendered me "homeless" and has totally "halted" my life. The rectification of my issue is directly correlated with me resuming my life and finally being able to construct it the way I want it to be. Within the last several weeks it has become painfully obvious that civil litigation is going to be the "catalysis" in bringing the "law of gravity" into my plight and forcing both individuals and organizations to fulfill their legal responsibilities and obligations that have thus far have been intentionally abandoned. In presenting my unique & complex case to 100's of attorneys around the country, what has proven to be the most daunting obstacle in obtaining civil representation is the sheer enormity and magnitude of my issue and the collection of "current" and "former" "publicly elected national officials" involved. My effort in getting attorneys involved with the rectification of my plight has been resisted from its initiation. First, I contacted 538 lawyers in the states of: Maryland, Illinois, Washington D.C., New York, New Jersey, Connecticut, Massachusetts, Rhode Island, Delaware, Maine, Vermont, Pennsylvania, New Hampshire, Alaska, California, Ohio and Florida directly through lawyers.com and I did not get a response from a single lawyer I allegedly contacted. I sincerely believe that lawyers.com read but did not release my e-mail communication to the attorneys I tried to contact. Once I realized my e-mails were possibly being withheld, I then initiated an effort to re-contact the lawyers I initially tried to contacted directly at their website when I could. When I was forced to re-use lawyers.com to re-contact lawyers I initially contacted, I began to receive copies of the e-mails that I sent in my e-mail inbox verifying that my e-mails were sent for my records (this never took place the first time I attempted to contact the attorneys I did). I communicated my suspicions in the introduction of my re-contact e-mail. I suspect lawyers.com read my introduction and began to release my e-mail because they didn't want to be implicated with the entities I was exposing. I have no way of knowing if my e-mails are being withheld, but the copy of the e-mail allegedly sent for my records is very encouraging.

A very small number of attorneys I have contacted have declined to represent me, approximately 10 firms to be specific. The oddest decline, came from a firm from Sacramento, CA. I believe they were some what in shock over my e-mail and wanted to know if I actually existed. They sent me the following e-mail:

Subject: Your Potential Case
Date: 10/5/2009 5:34;41 P.M. Eastern Standard Time
From: dcastillo@Kcrlegal.com
To: matttaylorjr@aol.com; matt_2929_29@yahoo.com

Hello Matt,
Please give me a call here at the office regarding your potential case.
Thank you,
**Dolores Castillo**
dcastillo@kcrlegal.com
401 Watt Ave.
Sacramento, California 95864
Phone 1-916-448-9800 ext. 414
Fax 1-916-669-4499
http://www.kcrlegal.com

I replied:

Subject: Re; Your Potential Case
Date: 10/5/2009 5:47;09 P.M. Eastern Standard Time
From: matttaylorjr@aol.com
To:dcastillo@Kcrlegal.com

I have to get a calling card....I will give you a call tomorrow...and thank you very much for taking the time
to read and review my three part e-mail...Matt

Then they sent me the following e-mail, containing a letter declining to represent me, after (per
their request) I left two voice mail messages:

Subject: Your Potential Case - Matthew Taylor
Date: 10/6/2009 11:42:05 A.M. Eastern Standard Time
From: dcastillo@krlegal.com
To: Matttaylorjr@aol.com

Please fine attached a letter declining your potential case. Thank you. <<Taylor, Matthew F.
10.06.09.pdf>>
**Dolores Castillo**
dcastillo@kcrlegal.com
401 Watt Ave.
Sacramento, California 95864
Phone 1-916-448-9800
Fax 1-916-669-4499
http://www.kcrlegal.com

October 6, 2009

VIA EMAIL (matttaylorjr@aol.com)

Matthew F. Taylor

Re: Your Potential Case

Dear Mr. Taylor:

Thank you for contacting our firm regarding your potential case. Based upon the information provided,
we have decided to decline your invitation to undertake your representation in this matter. Please be
advised that our law firm will not be taking any action on your behalf against any potential defendant. If
you wish to proceed with any claim or suit, you must contact and retain another attorney or law firm.

This decision to decline your representation on this possible legal claim is not intended as a reflection
upon the merits of your case, but rather is a business decision. We encourage you to contact other
counsel and to obtain a second legal opinion with respect to your possible claim.

If you decide to proceed forward with this possible claim, you must act promptly to obtain other counsel
as claims and cases must be filed within a statutorily defined time limitations period. We have not
determined what limitations period may apply in your case and we stress the need for prompt action on

your part if you wish to proceed to ensure that your potential claim is not barred by any applicable statute of limitations.

To repeat, our law firm will not be representing you in this matter and you must retain another attorney or law firm if you wish to proceed with your potential claim.

Very truly yours.


Kershaw, Cutter, & Ratinoff

In addressing this issue concerning the statutes of limitations that a number of law firms have cited: **THEY DO NOT APPLY WITHIN THIS SCENARIO AS THE MOST RECENT INCIDENT CONFIRMS (WHICH TOOK PLACE WEDNESDAY SEPTEMBER 23RD OF THIS YEAR (2009)) THIS IS A REVOLVING MULTIPLE MURDER CONSPIRACY PUT FORTH BY PUBLILY ELECTED NATIONAL OFFICIALS THAT HAS NO STATUTES OF LIMITATIONS**.

This entire situation has been off of the legal rails since it began (which adds to the damages), it now can't retroactively be put back onto the rails. One of the benefits of contacting the attorneys I have is that I knew my information would be digested and processed within legal parameters, thus putting it back on the rails. My adversaries have neither a defense nor a leg to stand on. **The truth is becoming more and more widely distributed, even for the attorneys that never contact me, they can't unknow the truth once they have been enlightened**.

A very small group feels they are above the law and the law simply does not apply to them. I have cited President Theodore Roosevelt later within my communication but I must first cite him here:

## NO MAN IS ABOVE THE LAW OR BELOW THE LAW; NOR DO WE ASK ANY MAN'S PERMISSION TO FOLLOW THE LAW.

A few (4 specifically) have sent me inquiry e-mails asking me definitive questions. Once I answered their e-mails, 3 of the 4 firms have not gotten back to me, and 1 of the firms explained that my case was simply too big for him to take on. He wrote the following:

Subject: Re: Law Office of James Dirmann: Wrongful Death/Civil Rights Case
Date: 10/8/2009 2:12 P.M. Eastern Standard Time
From: Jdirm
To: Matttaylorjr

Matt,

I am operating a sole practice here in Florida. I am very busy right now and will not be able to get involved with your case. However I wish you all the best and hope you can find an attorney or firm to take it for you.

Jim Dirmann

The vast majority of law firms however have not contacted me at all, whether that is a good or bad thing is all about perception and outlook, the bottom line is they have not given me a reply either way.

Rather than draw up new documents where a great deal of what I initially drew up is reiterated, I have elected to send to you the 3 part e-mail I utilized in re-contacting the 538 lawyers. Plus, I have an addition (that makes my e-mail to you a 5 part e-mail (including this introduction)) that I recently forwarded (on Saturday October 10th of this year (2009)) to **Mr. Thorbjoern Jagland, the Chairman of the Norwegian Nobel Committee & the remainder of the Norwegian Nobel Committee**.

As previously stated and you will read within my submission I am "homeless" and in a state of "perpetual motion" **that can not be sustained**. I am currently a nomad in the mid-west, the weather is getting colder, both snow and winter is quickly approaching. **I really need the $300,000.00 that is illegally being withheld from me, freed up so that I may independently support myself while my plight is rectified**.

My 5 part e-mail to you is very lengthy but due to the "subject matter" and the "individuals involved" it could not be helped. Thank you for taking the time to read and review it. I really hope to hear from your firm in the very near future.

# Complaint

# Segment 4

# Cause of Action

To Whom It May Concern:                    (Saturday November 21st of this year (2009))

I previously sent you a very lengthy e-mail explaining my wrongful death/civil rights case in detail through lawyers.com. I contacted well over 500 attorneys from around the country and thus far I have not heard back from one single attorney. I am now going directly to the attorney's web cites and re-submitting my submission with an up-date of what has happened since I contacted Mr. Eric Holder, the U.S. Attorney General. Mr. Holder has been forwarded the update as well…the listed evidence establishes that Mr. Bill Sparkman, who had the word FEDS scrawled on his chest, was murdered (I believe on Wednesday September 23rd of this year (2009)) to send a message to me and scare my uncle, aunt and their families, everything is laid out in detail in the submitted update. If you have already read my first detailed submission please by-pass it and go straight to my up-date…..Thank you for taking the time to read and review everything……Matthew Taylor

# Complaint

# Segment 5

# Cause of Action

To Whom It May Concern:                    (Saturday November 21st of this year (2009))

Submitted is information concerning a civil rights case. I strongly encourage you to ask Mr. Ben Jealous, the head of the NAACP, about me.

Everything centers around my two enhancement drinks. I have enclosed extensive summary information on both drinks below:

I have navigated the development of two new enhancement drinks, Bioelixir and Bioquencher. Patents for both drinks have been filed both nationally and internationally. A brief summary of each drink is listed below:

1.) The first drink (Bioelixir) is a great tasting growth hormone precursor, once consumed it goes to the pituitary gland and stimulates the release of the body's own human growth hormone (HGH). In normal humans the release of HGH is incrementally reduced until approximately 23 years of age, when it is no longer released at all. Bioelixir should be taken prior to a nap lasting one hour or more, and before going to sleep for the night. This stable surge in HGH equates to increased energy for a sustained amount of time (when ordinarily fatigue would be present). There are numerous benefits that Bioelixir is believed to be able to offer, and it is very probable that various individuals will take Bioelixir for several different reasons. I feel that two of the most important things Bioelixir potentially has to offer is that it is NOT a stimulant and it is NON-HABIT forming. Moreover, the composition of Bioelixir does NOT raise the heart rate or an individual's blood pressure.

2.) The second drink (Bioquencher) is a high-performance drink that replenishes the major components lost from the body during physical activity. It is believed to re-hydrate vital fluids, electrolytes, carbohydrates, amino acids, vitamins and minerals, thus supplying the body with immediate support for energy, sharpness and optimum performance. Additionally, Bioquencher has several flavors and does not contain the high amounts of sodium which is found in other major drinks. Lutien is also added to Bioquencher to benefit both the eyes, in regards to vision, and the skin, to combat the harmful effects of the sun due to exposure.

I cite the book, Grow Young with Human Growth Hormone (HGH), by Dr. Ronald Klatz and Carol Kahn, copyrighted 1997. A review of this book will enlighten you to the numerous benefits HGH has to offer, please note the cover and the bullet points on back of the book. To graphically illustrate what my primary formulation can do, I have listed four summaries of studies that establish my premise. The reference of each study is listed after each summary.

1.) Dr. David Clemmons, chief of the division of endocrinology at the University of North Carolina in Chapel Hill, conducted two double-blind placebo-controlled studies and found that human growth hormone combined with dieting accelerated weigh loss by 25% in a six to eleven week period. All the people participating in the study were 35-60% over their ideal body weight.

Clemmons, D.R., and L.E. Underwood. "Growth Hormone As a Potential Adjunctive Therapy for Weight Loss." In Human Growth Hormone Progresses and Challenges, edited by L.E. Underwood. New York: Marcel Dekker, 1986

2.) Dr. Daniel Rudman, with the aid of synthetic human growth hormone injections, turned 12 men ages 61 to 81, with flabby, frail, fat-bulging bodies, into their sleeker, stronger, younger selves. Within six months of treatment, the participants gained an average of 8.8% in lean body mass and lost an average of 14.4% in fat mass. After a year lean body mass increased an additional 6%, and fat decreased by an additional 15%. Dr. Rudman concluded, "The effects of six months of human growth hormone on lean body mass and adipose-tissue mass were equivalent in magnitude to the changes incurred during 10 to 20 years of aging."

Rudman, D., et al. "Effects of Human Growth Hormone in Men Over 60 Years Old." New England Journal of Medicine 323 (1990):1-6.

3.) Dr. Bengt-Aka Bengtsson and Dr. Gudmundur Johannson conducted a randomized double-blind study involving thirty men between the ages of 48 to 66 years old. Not only did the treated group lose a significant portion of their belly fat, the placebo group gained fat during that period, but they also had improved glucose metabolism, lower blood cholesterol and triglycerides, and lower blood pressure. The healthy group of older men who took low-dose human growth hormone shots for nine months lost an average of 9.2% total body fat, 6.1% of abdominal fat, and an astounding 18.1% of the deep layer of central body fat.

Johannsson, G., et al. "Growth Hormone Treatment of Abdominally Obese Men Reduces Abdominal Fat Mass, Improves Glucose and Lipoprotein Metabolism and Reduces Diastolic Blood Pressure." Journal of Clinical Endocrinology and Metabolism 82 (1997):727-34

4.) Dr. Edmund Chein collaborated with Dr. L. Cass Terry, chairman and professor of neurology at the Medical College of Wisconsin in Milwaukee, on utilizing high-frequency, low-dose injections of human growth hormone. They wanted to mimic the normal pattern of the body. The study analysis was drawn from more than 202 patients (from Dr. Chein's clinic) that administered treatment for up to two years between 1994 and 1996. The patients treated ranged in age from 39 to 74 years old, with women making up 15% of the study population. According to Chein and Terry:

> "The most outstanding results were improvements in muscle strength, exercise endurance, and loss of body fat. Also, there were significant improvements in skin, healing capacity, sexual drive and performance, energy level, emotions/attitude, and memory. There were also significant drops in cholesterol and triglycerides. In general, these improvements occurred within 1 to 3 months and continued to increase over 6 months."

Terry, L.C., and E. Chein, E. "Effects of Human Growth Hormone Administration (Low Dose-High Frequency) in 202 Patients." Personal Communication.

Please refer to Chapter 16 in the book, <u>Grow Young with HGH</u>; Growth Hormone Naturally: A Guide to GH-Releasing Nutirents and Drugs (page 200). Pages 200-203 will address many of the important questions you may have concerning the main component of my primary drink.

I also ask that you refer to page 11 subtitled "Everyone Can Benefit." I would greatly appreciate if you could read the page long text. The summary of the text reads as follows:

Dr. Eve Van Cauter, a human growth hormone researcher at the University of Chicago Medical Center, says, "All of these ideas about treating people with growth hormone have been directed toward people sixty-five and older. If you look at the data, people have so-called "elderly" levels by age forty. Perhaps we should be giving human growth hormone replacement therapy earlier rather than attempting to treat tissues that have seen little or no growth hormone for decades."

Please factor in that consistent consumption is the only way to really benefit from my drinks. The country desperately needs Bioelixir to slim down. Obesity is on track to take over as the number one cause of preventable deaths in the U.S. Two out of three Americans weigh too much, that's about 65% of America, which increases their risk of heart disease, diabetes, cancer and stroke.

Samuel Klein, director of the Center for Human Nutrition of Washington University School of Medicine in St. Louis stated, "Obesity and unhealthy lifestyles are now the most important public health problems of this century. It's not just the increase in premature deaths that are a problem, but also the illness, disability, suffering and economic costs that go with it."

Roland Sturm, a senior economist with Rand Corp., a research think tank, conducted a study in the March issue of Heath Affairs. He predicts at the current pace that by 2020, one in five health-care dollars spent on people ages 50 to 69 could be for medical problems related to excess weight.

*- Information was gathered for the last three paragraphs from an article in March 10th of 2004 edition of the USA Today titled, "Obesity on track as No. 1 Killer."

To both further elaborate on what exactly a precursor is and to distinguish between synthetic HGH and precursor HGH, I have listed below additional information uniquely displayed:

# Ways to Increase Your HGH Levels

## "SYNTHETIC" HGH vs. "PRECURSOR" HGH

**SYNTHETIC HGH** - is manufactured by Pharmaceutical Companies Eli Lilly and UpJohn. The only way to get synthetic HGH is with a doctor's prescription. You then inject yourself (in the form of a shot) once or twice a day. Increasing your Growth Hormone Level by injecting the synthetic HGH directly into your body could result in some chemical dependency on the hormone. Thus, if you were to discontinue these injections it is possible your natural growth hormone production would be less, as compared to when you started. Whether such dependency would occur and how serious it may be still remains controversial because of insufficient scientific studies on the subject at this time. The cost of synthetic HGH (inject able) is $800.00 to $2,000.00 per month. The disadvantages of Synthetic HGH: (1) cost; (2) inconvenience; and (3) possibility of dependency and infection.

**PRECURSOR HGH** - "Naturally Stimulates the Release of HGH". What does the word precursor mean? Simply put, a precursor is a substance from which another substance is formed (…i.e. yeast is a pre-cursor to bread - when the yeast activates the bread it begins to rise). Bioelixir uses Amino Acid (Precursors) that naturally stimulates the release of HGH from your Pituitary Gland.

# The HGH Study

Perhaps the largest study, of the effects of growth hormone on humans has taken place at the Palm Springs Life Extension Institute under the direction of Dr. Edmund Chein, director of the institute, and his associates. Dr. Chein follows a growth hormone protocol that involves restoring HGH levels for patients who are deficient (IGF-1 less than 350 mg/ml) with low dose, high frequency injections.

Dr. Chein, by combining HGH injections with other hormones that are shown to be low, has developed a program that he claims has been 100% effective for all of his patients. He guarantees that his patients will experience an increase in bone density of 1.5-2.5% every six months, as well as a loss of 10% body fat and an increase of 10% muscle mass. These processes may continue until the patient attains the body composition of a twenty year old.

Recently, collected data of patients who have been treated at the Life Extension Institute have shown amazing results. The following assessment figures were derived from randomly selected, self-assessment questionnaires completed by 202 patients during the term of their therapy between the years of 1994 and 1996.

## Assessment

Effects of Growth Hormone Administration (Low Dose Frequency) in 202 patients.
Edmund Chein, M.D.

**Palm Spring Life Extension Institute**

**Strength, Exercise, Body Fat** Improved

| | |
|---|---|
| Muscle Strength | 88% |
| Muscle Size | 81% |
| Body Fat Loss | 72% |
| Exercise Tolerance | 81% |
| Exercise Endurance | 83% |

**Skin & Hair**

| | |
|---|---|
| Skin Texture | 71% |
| Skin Thickness | 68% |
| Skin Elasticity | 71% |
| Wrinkle Disappearance | 51% |
| New Hair Growth | 38% |

**Healing, Flexibility & Resistance**

| | |
|---|---|
| Healing of old injuries | 55% |
| Healing of other injuries | 61% |
| Healing Capacity | 71% |
| Back Flexibility | 53% |
| Resistance to Common Illness | 73% |

**Sexual Function**

| | |
|---|---|
| Sexual Potency/Frequency | 75% |
| Duration of Penile Erection | 62% |
| Frequency of Nighttime Urination | 57% |
| Hot Flashes | 58% |
| Menstrual Cycle Regulation | 38% |

**Energy, Emotions & Memory**

| | |
|---|---|
| Energy Level | 84% |
| Emotional Stability | 67% |
| Attitude toward life | 78% |
| Memory | 62% |

In general, these improvements were reported to occur within one to three months of the onset of therapy with a tendency to continue improving over 6 months of treatment.

# THE HGH ANTI-AGING SOLUTION

## THE LATEST TECHNOLOGY IN ANTI-AGING

## ALLOWS YOU TO REVERSE THE AGING PROCESS

What if your could:

Look Younger

Lose Weight

Restore Hair
    Growth

Reduce Wrinkles

Increase Energy

Restore Bone &
    Muscle Mass

Reduce Blood
    Pressure

Reduce Cholesterol

Regenerate Your Heart, Liver, Kidneys & Lungs

In his breakthrough book, Grow Young with HGH, Dr. Ronald Klatz, President of the Academy of Anti-Aging reveals the secrets of the optimum Anti-Ager-HGH (Human Growth Hormone). Using research from over 20,000 clinical and double-blind studies, interviews and publications, Dr. Klatz proclaimed that the "Ageless Society" has begun.

Humans have searched for the secret to reversing the aging process for a millenia. Explorers risked life an limb to discover the mythical "Fountain of Youth". It appears that through scientifically proven methods that this Fountain of Youth is now available. HGH appears to be the source.

Science has come to believe that in the relatively near future the average life expectancy will be extended to 100 years or more. Reasons include better medicine, replacement surgery, nutritional supplements, and now Bioelixir, a remarkable product which acts as a "precursor" to stimulat the pituitary gland in the production of HGH.

The use of HGH is nothing new. The "Rich and Famous" have pursued this proverbial "Fountain of Youth" in clinical settings in Europe and more recently in the U.S. Injections of Gerovital H3, which contain fresh fetal lamb cells, have improved the looks of Hollywood for decades. These treatments are effective. However, these injections which can cost up to $2,500 per month have the effect of "shutting down" the body's natural production of HGH. Additionally, these treatments have not been subjected to the rigorous testing as has HGH which has been proven effective in over 20,000 clinical studies. Bioelixir stimulates the body's natural production of HGH, unlike other treatments.

HGH is one of the hottest products on the market today. Read on to find out what the excitement is all about.

## What is HGH?
HGH is produced in the front of the pituitary gland which lies inside the brain, where it is one of the most abundant hormones secreted. HGH influences the growth of cells, bones, muscles and organs throughout the body. The production of this hormone is at its peak during adolescence when accelerated growth occurs naturally. In children, too little HGH produces dwarfs and too much produces giants.

HGH is one of the many endocrine hormones (Hormone means to "set in motion"), like estrogen, progesterone, restosterone, melatonin and DHEA, all of which of these hormones can be replaced to deter some of the effects of aging, HGH goes far beyond any of these hormones. Not only does it prevent biological aging, but it acts to significantly reverse a broad range of the signs and symptoms associated with the aging process.

Production of HGH falls 80% from age 21 to 61. Daily growth hormone secretions diminishes

with age to the extent that a 60 year old may secrete only 20% of the HGH secreted by a 20 year old.

After the age of 70 almost everyone is deficient. Symptoms include loss of muscle and an increase of fat, decreased energy, diminished healing ability, a greater risk of cardio-vascular disease and lower life expectancy.

The decline of HGH with age is directly associated with many symptoms of aging, including wrinkling, gray hair, decreased energy and sexual function, increased body fat and cardiovascular disease, osteoporosis and more. Many of these symptoms have been associated with younger adults who have HGH deficiency. In a very real sense, the biological age of these HGH deficient adults has exceeded their chronological age.

However, there is good news! Clinical evidence demonstrates that by replacing HGH we can dramatically reverse the symptoms of aging.

Until recently, HGH has only been available in the form of injections and has been expensive and difficult to use. The cost for injections in the U.S. runs from $1,000 to $2,500 per month. This remains outside the range of most people. Additionally, there is the possibility of side effects from using an injected drug for the long term and you have to give yourself a shot everyday. Once this process has begun, your pituitary gland stops releasing HGH - permanently. Thus, once you start injecting yourself, you have to continue to do so fro the rest of your life.

The all natural HGH Precursors or Stimulators are within the price range of everyone, particularly the "baby boomer" generation. Scientists have found that, as we grow older we continue to produce HGH, but, the pituitary gland does not release it. With all natural HGH Precursors, like Bioelixir, you can stimulate the pituitary gland to produce and release more HGH - naturally.

According to researchers, these cutting-edge all natural HGH Precursors appear to have the ability to more closely mimic the body's youthful HGH secretion patterns than nay other HGH therapies previously available.

Simply put, there is no other substance known to man that has such far reaching abilities to prevent and reverse the aging process as HGH.

This sounds too good to be true that a single hormone could have so many far reaching effects. However, as we more closely examine the scientific evidence from studies among human subjects as to the physiological interaction between growth hormone and the body's various symptoms that effects these areas, the pieces begin to fall into place.

## The New England Journal of Medicine: HGH Able to Reverse Aging by 10-20 Years

The July 5, 1990 of The New England Journal of Medicine published the results of a study conducted by Dr. Daniel Rudman offering clinical findings on the effects of HGH on the aging process. Subjects of the study were volunteers, ages 61 to 81. The study was conducted at the Medical College of Wisconsin. Dr. Rudman used synthetically manufactured HGH to duplicate what is naturally created in the pituitary gland.

Following six months of treatments, patients demonstrated a reverse in the aging process from 10 to 20 years. In the controlled group that were not administered the HGH, the aging process continued normally.

Interviews with these men and their wives uncovered some amazing results. Gray hair was turned to black, wrinkles on the face and hands were disappearing, sex drives were reinvigorated and energy levels were that of a 20 year old.

Dr. Rudman found that HGH effects almost every cell in the body, returning them to their youthful levels, reducing the risk of cardiovascular disease, stroke, restoration of wrinkled skin, hair color, sexual activity and prevention of osteoporosis.

HGH increased metabolism, thinned the abdomen, hips, waist and thighs, while at the same time increased muscle mass. There was an increase of 8.8% in lean muscle mass and a 14.4% decrease in body fat after six months of usage - **all without exercise.**

HGH restored sexual potency and the libido. It restored a youthful sense of well-being, creating a new outlook on life for the study's participants.

HGH smooths wrinkled skin as the skin becomes more elasitc and hydrated. HGH even helps to regrow burned skin and close ulcerated wounds. Hair growth is imporved and restored, nails strengthened and cellulite removed.

HGH may even hold great promise for Alzheimer's patients. In fact, everything that we associate with aging may be due totally to the decline in HGH.

## Chien/Terry
 HGH Study

Dr. Edmund Chein, director of Palm Springs Life Extension Institute and his associate Dr. Leon Terry, a neuroendocrinologist from the Medical College of Wisconsin, conducted a study and developed a program which they claim to be 100% effective. Patients follow a protocol that involves restoring HGH levels for patients who are deficient (IGF-1 less than 350 mg/ml).

Doctors Chein and Terry combine HGH Precursors with other hormones that are shown to be low in their patients. They guarantee that patients will experience an increase in bone density of 1.5 to 2.5% every six months, as well as a decrease of 10% of body fat and increase of 10% muscle mass. These processes may continue until the patient attains the body composition of a 20 year old.

Other studies have established that as the body's own growth hormone releasing patterns are more closely duplicated, side effects decrease and the positive results increase. Restoring growth hormone to physiologic levels, had led scientists to examine the effects of natural HGH Precursors.

Natural HGH Precursors may be our best hope for raising the level of HGH, stimulating the endocrine system to release its own HGH naturally.

## Creating a One-Two Punch; Synergistic Effect of HGH and Amino Acids

Dr. Klatz, author of Grow Young with HGH, recommends a combination of amino acids to create a synergistic effect. He writes, "The smart money says to combine lysine, arginine, ornithine and glutamine - all made to pharmaceutical standards.

The amino acid Lysine boosts the effectiveness of arginine and effects growth. On its own, it has been attributed with fighting viruses.

Arginine is an essential amino acid, meaning it is not manufactured by the body, but, has be supplied in the food we eat. Arginine increases fat burning and muscle building. It strengthens the thymus gland, increasing its weight and activity, boosting immunity and fighting cancer. It also promotes healing of burns and wounds while generally protecting and detoxifying the body. Finally it enhances male fertility.

Orinthine can be synthesized in the body. Similar in structure, it can be made from arginine. It helps to stimulate HGH release.

GABA (gamma-amino butyric acid) one of the most potent stimulators of HGH release from the pituitary gland, is a precursor to, and break down product of GBH (gamma-hydroxybutyrate). This substance occurs naturally in every cell of the body, including the brain. A neuro-transmitter, it is involved in regulating the anterior pituitary - the place where HGH is secreted.

Glutamine is a conditional essential amino acid. It is abundant and one of the most used amino acids, but it may not always be made by the body in sufficient quantities in times of stress. The "gut and the immune system practically live on it", says Dr. Klatz. Without sufficiently available levels, the gut atrophies, nutrients are less well absorbed and muscle and immunity are also lost.

The glutamine-arginine-lysine stack releases insulin as well as growth hormone. Generally, when HGH levels are rising, insulin levels are falling. However, if it is possible to raise insulin levels at the time as growth hormone, this has a very high anabolic effect,...I.e. the body builds up muscle and tissue and carries out cell repair necessary to reverse the aging process.

"You don't have to increase growth hormone very much to get a 10% to 20% rise in IGF-1 (insulin-like growth factor type 1) levels, which can have a definite effect on the body", adds

Mauro Di Pasquale, M.D., world-class Poe lifter and one of the most knowledgeable experts in the field of anabolic and HGH-releasing compounds. (Insulin-like growth factor is at the other end of the growth hormone chain. It is the substance that actually produces most of the effects associated with HGH).

Perhaps one of the most interesting differences between HGH and other hormones is that that body keeps making large amounts of HGH right into old age, while other hormones diminish in their production. The challenge in restoring youthful levels of HGH is not increasing our production or injecting the hormone itself, but stimulating its release from it sequestered state.

(You will understand the relevance of the next several sentences shortly, so please bear with me). In early 2004 I had successfully (through my patent attorney) filed national patents on both of my enhancement drinks. I had come as far as tractor-trailer driving, which financed everything in regards to my enhancement drinks, could independently take me. I was looking to broker a deal that would enable me to mass produce and distribute my enhancement drinks globally. I had solicited both the military and a number of billionaires, in an effort to find an interested party. The military showed a great deal of interest, but ultimately declined to work out a deal with me because I was not in an operational position to mass produce and distribute my enhancement drinks. A few days after multiple solicitations were delivered to a slew of billionaires, I was notified my mother had passed away. I was driving tractor-trailers in Dallas, Texas at the time. Upon being notified of her death I immediately drove to Dayton, Ohio, where she lived and I am originally from. When I arrived in Dayton and began to look into my mother's death, the explanation I was given didn't add up and a number of suspicious circumstances began to accumulate. Listed below is the grievance that I filed with the Dayton Bar Association's Grievance Committee.

4590 Valley Parkway SE Apt. I
Smyrna, GA 30082
March 2, 2006

Administrator-Grievance Committee
The Dayton Bar Association
109 N. Main St., Ste. 600
Dayton, OH 45402-1129

To Whom It May Concern:

I wish to file a grievance against Ms. Debra Staggs-Kremer, Esq., the Vice-President/ Probate & Estate Specialist of The McDonald Financial Group, they handle Key Bank's probate estates in Dayton, OH; (I have enclosed a copy of her business card labeled attachment A1). My mother, Norine E. Taylor, was murdered in April of 2004; the official date listed is on the enclosed death certificate labeled attachment A2 is April 18th of 2004; please notice the cause of death on the death certificate is listed as Complications due to asthma. In her will (which I have submitted a

copy of labeled attachment A3) Society National Bank which is now Key Bank is named as executor/trustee; Ms. Barbara McKinley, my mother's best friend, is listed as the secondary executor/trustee; and I am listed as the beneficiary. Per, Ms. Staggs-Kremer's job title she is the appointed decision maker over my late mother's estate. Thus far, due to the circumstances surrounding my mother's death; Ms. Staggs-Kremer has exercised nothing but great negligence as executor of my mother's estate and has not done anything with her estate one month shy of 2 years now, other than communicate procedural probate information she consciously knew was false, shortly after my mother's death. She has also recently partaken in actions other than what the law stipulates, due to a written express mail inquiry I forwarded to her Monday February 20th of this year (2006) that I will touch upon a little later in this grievance.

Shortly after my mother's death, I met with both, Ms. Staggs-Kremer and Ms. Pamela A. Goelz, a Trust Officer/Probate Paralegal (I have enclosed a copy of her business card labeled attachment A4) to discuss the circumstances surrounding her death. I shared with both Ms. Staggs-Kremer and Ms. Goelz the following story and showed them both the enclosed attachments that substantiated with I had listed (at the time of my mother's death I was driving semi tractor-trailers):

On Tuesday April 20th of 2004, I delivered a shipment to Dallas, TX when I received an urgent message on my truck computer to contact my uncle, when I called him he had notified me that my mother had passed away. I immediately rushed back to Trotwood, OH ( a small suburb located inside of Dayton, OH) where she lived, as I talked with several of the local city officials responsible for handling my mother's death several inconsistencies arose and a number of stories I was told began to conflict. My saving grace, was the Trotwood Police Department. Fortunately, for me the officers who were assigned to address my mother's death, knew there were some very questionable circumstances surrounding my mother's death. Upon contacting the Trotwood Police Department, a Captain D.L. Swafford ( I have enclosed a copy of his business card labeled attachment A5) requested I come to the department to discuss my mother's death. It was during the meeting that Captain Swafford showed me a picture of my deceased mother. She was found face down, no shirt, or bra on, slumped over her knees' execution style, it appears the murder was very brutal and savage. Towards the end of the meeting I has with Captain Swafford, he inquired if I had been to my mother's house; when I told him that I hadn't nor had I picked up her personal effects from the coroner's office, which I planned to get the following day. He then asked if he and another officer could meet me at my mother's house and go through it with me. I said sure. He explained he couldn't stay long because it was his wife's birthday and that the other officer, an Officer Emel, would be on duty. Interestingly enough, I didn't have a key to my mother's house, thus I really didn't have a way to get in. I figured that her key chain would be part of her personal effects. To my surprise there were only 3 items in her personal effects. I have enclosed copies of both the personal effects page along with the police incident report (labeled attachments A6 & A7 respectively).

1.) A pair of new glasses I don't believe she wore.

2.) A gaudy watch anyone that knew her would know she would never wear

&

3.) One key which turned out to be to the back door of her house

Mr. Tom Lawson was the lead investigator from the coroner's office Mr. Lawson had my cousin, who found her body with another officer, wait in his jeep for 3 hours before he directed him to leave. After she did not go to work (she was a school teacher) the school got suspicious and called the authorities and members of my family that lived in Dayton. Mr. Lawson made the decision to identify my mother's body on his own volition, and ruled within 5 minutes of arriving at my mother's house that her death was a natural death due to asthma. No one (including me being the next of kin) had ever had an opportunity to see my mother's body. I tearfully requested that an autopsy be done, but Mr. Lawson told me there was no need to do an autopsy because he had talked to my mother's doctor, Dr. Barbara Bennett when my mother pasted away and she agreed with the Coroner's office findings. However, when I talked to Dr. Bennett, she informed me that she was out of town when my mother had passed away and she never talked to Mr. Lawson, and she encouraged me to have an autopsy done. She also refused to sign my mother's death certificate. Dr. Barbara Bennett's address and phone number are: 8701 Old Troy Pike; Dayton, OH (937) 233- 4252.

Despite the circumstances surrounding my mother's death, James H. Davis, the Coroner, supported Mr. Lawson's findings that there was no need to conduct an autopsy. Mr. Davis instructed Dr. Lee D. Lehman, the Chief Deputy Coroner, to sign my mother's death certificate as a natural death due to complications of asthma because my mother's doctor refused to sign the death certificate. The address and phone number of the Dayton Coroner's office are: 361 West Third Street, Dayton, OH (937) 225- 4156.

Mr. Lawson did not know that Captain Swafford and Officer Emel were going to meet me at my mother's house and accompany me, to tour the inside of the house. Oddly enough, he told me good luck when I left the coroner's office. When I met Captain Swafford and Officer Emel at my mother's house, we walked to the front door and I tried to open the door with the key that was I my mother's personal effects. After several unsuccessful attempts to open the door Officer Emel asked if he could try the key, but it still didn't open. Captain Swafford then suggested that we try to open the back door, so we walked around to the back. My mother had a big white fence around her backyard almost 8 feet tall so there was no visibility in my mother's backyard, which would make it very easy for the murders to conceal their presence. As we approached the back door there was a large strip of clear invisible tape between the split of the back door on the outside, so someone could tell if the door had been open. Both Captain Swafford and Officer Emel looked at the clear invisible strip of tape that was between the split of the back door on the outside. I am sure that if Captain Swafford and Officer Emel had not have been there to go in the house with me and I would of went into my mother's house alone, I would have been killed by whomever was behind this. I'm sure they would have made it look like a suicide, supposedly because I was distraught over my mother's death, but Mr. Davis, the Coroner, has established through his actions that he will rule whatever he is ordered to rule, it probably didn't matter it there were signs of a struggle because he would of more than likely rule is a suicide. As the three of us walked inside of my mother's house it was evident that her house was pillaged and rummaged through and left in disarray; I took the enclosed disk of pictures labeled attachment

A8, which includes well over 100 digital photos (158 photos to be exact) as I walked around the inside of the house. There was no bed in what was her bedroom (which is where she spent most of her time), the carpet and carpet padding was cut away where the bed use to be and there was nothing there, but a concrete slab. There were several dresser drawers on the ground with no dresser. Plus, there were five very expensive steam clean vacuum cleaners, next to each other in the dinning room.

In her bedroom the security box where my mother kept all of her life insurance policies had been raided, looted, and emptied. Who ever was behind this didn't want me to receive any of the life insurance policies that ere due to me because they knew I was the beneficiary, their intent was to impede and negate the access I had to resources. The one life insurance policy I was able to gain knowledge of through a premium payment request that I received addressed to my mother in the mail, is illegally being withheld from me. *Ohio National Life Assurance Corporation, which is still open and has not been dealt with at all since my mother's murder.

*- I have enclosed a copy of the letter that involves the $70,000.00 life insurance policy (labeled attachment A9). Upon speaking to Ms. Donna McCosham the following odd occurrences took place.

1.) She first sent me a wild goose chase talking to several different banks to try and find out who purchased First National Bank & Trust Company. All of my time and effort produced no results.

2.) When I explained to her that I checked with all of the banks she asked me to check with and I never found First National Bank & Trust Company, she told me that would help me out and draw up a letter to send to their claims department. She told me she was going to e-mail me a copy of her letter, but I never received an e-mail from her. I let a few weeks pass and I gave her a call, she told me she found out who purchased First National Bank & Trust Company but she forgot the name of the bank. She then said that it was decided that the life insurance policy would go into my mother's estate, and as soon as her estate was taken care of I would get it. I knew what she was telling me was a bunch of bull but I also knew that at that particular moment there was nothing I could do about it.

3.) I was told from several lawyers that as long as I can prove I am her next of kin that the policy should go to me, life insurance policies are handled outside of the deceased estate.

I have enclosed the two letters that went back and fourth between myself and Ms. Donna McCosham labeled attachments A10 & A11.

Whoever was behind this, set my mother on the couch, and played it like she used the couch as a bed along with blankets and pillows, like she always slept on the couch. In actuality however, she never used the couch and no one ever sat on it, it was just there. Where she supposedly laid her head, the cushion is so fresh from not being used; if you push your finger into it you will both hear and feel the plastic. There were only three photo picture identification cards, but no license. As Captain Swafford and Officer Emel were leaving my mother's house Captain Swafford directed me to lock up my mother's house and have the alarm set so no one could enter

into the house and he instructed me not to touch anything. However, my mother's key ring was tampered with and left on my mother's living room floor. There was no remote to the alarm on the key ring, more than likely it was taken off. Officer Emel called Brinks Security and explained that an investigation was underway and the alarm needed to be set. Brinks notated the account accordingly and explained how to set the alarm.

The two enclosed e-mails (labeled attachment A12) were non-successful attempts that I didn't reply to; to give me cash for my mother's house even though it was tore up. The first one is dated Monday April 25th of last year (2005) and was sent at 1:46 p.m. in the afternoon. The second e-mail was sent Saturday November 11th of last year (2005) and was sent at 8:58 p.m. in the evening. I have no idea how Mr. Ortiz got my e-mail address to contact me. It was obvious that whoever was behind this wanted to destroy the evidence so they flooded out my mother's house so no one could ever come to the house to investigate it for clues or fingerprints.

About a week later on April 24th of (2004) Captain Swafford, on his wedding anniversary, called me from the Mall, when he was with his kids and asked me to meet him at the Trotwood Police Department at 7:00 p.m.. When I arrived two U.S. Secret Agents were there Agent Dave Barrick, from Columbus, OH and Agent Rodney Washington, from Washington D.C.. Both agents made sure their 9mm semi-automatic hand guns were fully visible, and I noticed that both agents leather fastener were unbuttoned, thus making retrieving their weapons very easy. Agent Barrick was the lead interrogator while Agent Washington was taking notes on a pad, I can only deduce that he was taking notes on my facial expression and body language. Agent Barrick said upfront that he didn't feel President Bush had anything to do with my mother's death, he then said, "the U.S. Secret Service had nothing to do with it. The Department of Defense may have had something to do with it but he doubted it." I explained there was no bed, and there was nothing but a concrete slab, and five steam clean vacuum cleaners next to each other. I then asked, "Who would even be capable of something like that?" He said, "I don't know? Maybe you can write your congressman about it". I said, "I am done with the letters." We then went on to go over Matt Taylor this is your life, he filled out a very lengthy personal information form on me, and told me that the Secret Service was going to monitor my credit union accounts, my phone, my e-mails, my mail, and myself. He then proceeded to take several pictures of me. He told me that this information was going to a file and data base in Washington D.C. of potential threats to the President. I tried to stay as calm as I could under the circumstances and said, I know you have a job to do, so I fully understand what you are doing, to try and put them at ease. I then asked if they had business cards, but they both said no. Agent Barrick then tore off a page of his note pad and wrote both his full name and Agent Washington's full name with the numbers of reach the Secret Service both in their Dayton, Ohio and Columbus, Ohio offices. The enclosed sheet is in Agent Barrick's handwritting (labeled attachment A13).

Agent Barrick then requested I fill out a medical release to check into my past medical history with a special emphasis regarding my mental health. Other than suffering a severe broken heart (that almost took me under, when I was wronged in a major way), seven years ago, when I talked to a counselor, there is nothing there.

He also requested that I sign a form giving the Secret Service authorization to monitor my credit union accounts for 180 days (6 months). They knew because of my mother's death I would now

have the seed money to get things initiated.

They are going to monitor whatever they want to monitor, but officially both forms were strictly voluntary. I signed the first document but refused to sign the second one.

Agent Barrick then said, "He wanted to know where my head was. He then proceeded to ask if I was going to change my citizenship from the U.S.". Once he was convinced that I had let go and let God, and was not concerned with any type of retaliation, he encouraged me to continue on with my two enhancement drinks and explained that no one could copy the drinks, and that I could make more money with the government, then I could selling the drinks publicly. Agent Barrick and Agent Washington then inspected my cab of the semi-truck I was driving at the time. I expected them to tear everything down and thoroughly go through the truck but they didn't. Agent Barrick then turned to me and said for my sake he better only hear about me in reference to my drinks, if I know what is good for me.

Captain Swafford, was present throughout the entire interrogation. After the agents left he wanted me to know that he had no idea where the agents were going to take the questioning. He touched upon his experience where he had worked with the F.B.I. before, but he said he had never been involved with something like this. It was apparent that Captain Swafford felt very badly about setting me up, but it was obvious that if he didn't want any problems on his job he had to cooperate.

Through GOD and a lot of hard work the following week, I was able to have a private autopsy done by Dr. John Cooper. I have enclosed a copy of his diploma from the University of Texas, the consent for autopsy form, the contract that was drawn up between us, and the copy of the check he was paid (labeled attachment A14). He supposedly conducted the autopsy at the rear of The House of Wheat Funeral Home, Inc. As I am sure you can understand, I didn't go back there for about an hour or so, and when he came out he said that it was no way of telling if there were any toxins in her body because they would have dissolved and that he could not tell what had happened, but he would give me a full report and be very detailed, which he said he rarely does. He said it would take him about a month to draw up the report. He encouraged me to continue on with the two enhancement drinks and told me that if President Bush or his administration wanted me dead then I would be dead and that there is no way of telling what the Department of Defense has in its arsenal if they were behind my mother's murder, he said they could of used anything, there is no way he could ever keep up with as many things as they develop. After that Saturday May 30th of 2004, I never heard from his again. At this point I don't even think he did anything back there, I don't even believe my mother's body was even at The House of Wheat Funeral Home. There was never a choice at the funeral home of having an open or closed casket. She was buried very quickly, in a curb site service, closed casket. There is a great possibility that her body wasn't even in the casket that was buried. The House of Wheat Funeral Home address and phone number are: 2107 N. Gettysburg Ave.; Dayton, OH (937) 274-1693.

After hearing what I had to say and seeing the attachments, Ms. Staggs-Kremer stated in the meeting that she was a former prosecutor, and the next proper step would be to sue the city and have the death certificate overturned and start a criminal investigation. At the point that she

realized that President Bush was involved, as expected they wanted no part of the situation, and told me up front that more than likely they would defer the responsibility of being executor/trustee of my mother's estate to Ms. McKinely. At the time they claimed their fees would bankrupt the estate, yet they never stated what the fees were. I then informed them that I could possibly gather the needed money to pay their fees to begin the process of having my mother's death certificate overturned. When I spoke to Barbara about the situation she informed me that Key Bank never told her what their fees were either. I have enclosed a copy of the letter that Ms. Staggs-Kremer forwarded to me (labeled attachment A15) dated Friday June 4th of 2004 were in the last paragraph she states "We extend our sincere sympathy for the loss of your mother and the circumstances surrounding her death, thus acknowledging it was not a natural death; this is the last action to best of my knowledge that was taken in regards to my mother's estate until my enclosed express mail communication to both Ms. Staggs-Kremer and Ms. McKinley dated Monday February 20th of this year (2006) labeled attachment A16 & A17 respectively.

Upon receiving my communication Ms. Staggs-Kremer called me on Tuesday Friday 21st of this year (2006) and stated that she spoke with Ms. McKinley and neither of them had a problem with waiving executor ship to me and that all I needed to do was hire a lawyer who would simply draw up a waiver form and after both her and Ms. McKinley signed it executor ship would then be deferred to me. However, when I looked into it, it was explained to me that Ms. Staggs-Kremer had lied to me and that the process was not that simple. After the estate is opened there is a three month window where I can contest the will, but after that period all I can do is establish that the executor is being negligent and the judge will address the executor ship of my mother's estate because they don't want to get involved with finding out who is behind her murder.

I then sent out the two enclosed express mail letters to Ms. Staggs-Kremer and Mr. Henry L. Meyer III, the Chairman and C.E.O. of Key Bank (I have also enclosed the confirmation sheets verifying that both communications were received; labeled attachments A18 thru A20 respectively).

Ms. Staggs-Kremer then forwarded to me via express mail the following day (February 28th ) the three enclosed documents labeled A21; I have also included Ms. McKinley's signed waiver form she received Ms. Staggs-Kremer labeled attachment A22:

1.) In her first letter she states "Usually this form is prepared by the attorney representing the estate, "which she emphatically claims she is not, yet she prepares the documents for both Key Bank and for Ms. McKinley as well as gives me legal advisement. What she is laboring to accomplish goes against the stipulations of the law. She also never gave me the name of any local attorneys, all she did was give me the number of a local referral service.

2.) Neither of The Waiver of Right to Administer forms from Ms. Staggs-Kremer nor Ms. McKinley are even dated.

3.) The third letter is to Ohio National Financial Services, where my mother has a $70,000.00 life insurance policy that thus far has still not been paid. As previously stated Ms. Donna McCosham, the agent who I have dealt with at Ohio National

Financial has stated that the estate had to be settled in order for the claim to be paid, Ms. McCosham also partook in an action that is different than what the law stipulates. All life insurance polices are handled outside of the estate of the deceased.

As things stand right now, both Key Bank and Ohio National Financial Services, are doing whatever they want to, regardless of what the law stipulates. I hope filing this grievance will be a major step in making Ms. Staggs-Kremer, Esq., and Key Bank adhere to laws of the state of Ohio.

Thank you for taking the time to read through my written grievance and submitted attachments, I await your findings.

Sincerely,

Matthew F. Taylor

Enclosures

## Now please read the following fax, and letters:



Date: December 10, 2008

To: Patrick Fitzgerald                    From: Matthew Taylor

Phone: 312-353-5300

Fax: 312-353-2067

Re: Enlightenment Fax concerning President-elect Obama's substantial involvement within President Bush's and his administration's wide ranging (across the country) multiple murder conspiracies on U.S. soil. President-elect Barack Obama has known about my mother's murder that was committed in Dayton, Ohio at the hands of President Bush and his administration for some time now, and has elected to ignore it and pretend it never happened. President-elect

Obama is in a completely different stratosphere than Governor Rob Blagojevich. You are now, per this fax confirmation sheet directly involved within my plight, this will prove to be the biggest and most challenging criminal case in your professional career as a federal prosecutor. Yesterday, you inadvertently made this volatile situation, explosive. President Bush, his administration, and President-elect Obama knew it would not be long before I contacted you.

## Pages: 16

-------------------------------------------------------------------------------------------

4100 Cedar Bluff Circle
Dayton, OH 45417
December 10, 2008

Patrick Fitzgerald
219 S. Dearborn St.
5th Floor
Chicago, IL 60604

Dear Mr. Fitzgerald:

Due to me successfully being able to forward numerous communications recently in the past, efforts have been initiated (which I will touch upon later within this fax) that does not permit me to send any further communications, but I can refer you to exactly who to contact. Both John Durham* and Nora Dannehy, both federal prosecutors within Connecticut as well as Connecticut's Attorney General Richard Blumenthal are directly and indirectly involved within my plight. * - Mr. Durham is the only individual that I directly contacted, enclosed are Mr. Durham's tracking and confirmation sheets dated Thursday January 31st of this year (2008). He is the individual that I would like you to contact, however, I have strong reason to believe that both Ms. Dannehy and Mr. Blumenthal are also aware of my recently forwarded communications. **This is the crux, of the U.S. attorney firings that Attorney General Michael Mukasey assigned Ms. Dannehy to investigate.**

Enclosed is are tracking and confirmation sheets, verifying that the communication I forwarded to Connecticut's Commission on Human Rights & Opportunities was delivered on Tuesday October 28th of this year (2008) at 10:54 a.m. Within that communication I requested that they contact Mr. Durham, Ms. Dannehy, and Mr. Blumenthal. **They should be contacted as well, Mr. Durham does not have updated information.**

Enclosed is a confirmation sheet that verifies that the communication I forwarded to Mr. Ben Jealous, the newly elected President of the national chapter of the NAACP, was delivered on Wednesday October 29th of this year (2008) at 10:16 a.m. **MY MOTHER'S MURDER IS RACE RELATED!! PRESIDENT-ELECT OBAMA HAS DECIDED TO ALIGN HIMSELF AND PROVIDE COVER FOR PRESIDENT BUSH AND HIS**

**ADMINISTRATION. HE USED HIS ETHNICTITY TO ASSIT HIM TO GET ELECTED, YET IGNORED MY MOTHER'S BRUTUAL MURDER WHILE HE WAS A SITTING U.S. SENATOR!!**

Enclosed the confirmation sheet dated Friday October 10th of last year (2007) that he signed for himself at 4:24 p.m., that contained irrefutable evidence laying out everything that took place with my mother and identified other murders that President Bush and his administration committed on U.S. soil. This was actually the second (2nd), of ultimately three communications that I forwarded to President-elect Obama.

The unsolicited letter I received from freshman Ohio Senator Sherrod Brown dated Wednesday June 11th of this year (2008).

Enclosed is the confirmation sheet that dated Wednesday October 29th of this year (2008) that was signed for by Bray at 9:44 a.m. that went to Alaskan State Senator Kim Elton, but it was addressed to Alaskan State Senator Hollis French (a clever way I could get both of them involved within my plight). Sarah Palin is deeply involved within President Bush's and his administrations multiple murder conspiracies. Karl Rove had Ms. Palin come into the public spot light in Dayton, Ohio where my mother was murdered, exactly where anyone that knows the situation would least expect the Republicans to go. Senator John McCain is also deeply involved within my plight as well.

One of the things you will find when you inquire about my plight within Connecticut is that President Bush and his administration have, on numerous occasions, have intercepted a number of my communications that my name was affixed to. To increase the odds of my communications reaching their destinations, I have had to use fictitious names and addresses depending on where I was on a given day (I drive tractor-trailers).

I now enclose the following two news articles:

## Powder sent to Alaska governor's office

## Maine governor's office receives suspicious powder

President Bush and his administration are behind these suspicious communications to discourage me from forwarding anymore packages and enlightening anymore individuals than I have already enlightened. While I am working on a very lengthy and detailed communication that touches upon everything that has happened because of my last communications (well over 70 pages and counting), I don't need to send any more communications out, all I have to do is direct individuals to who I have already contacted.

President Bush plans on pardoning his administration for the murders they have committed and having President-elect Obama pardon him.

Article II, section 2 of the Constitution says the president "shall have Power to grant Reprieves and Pardons for Offences against the United States, **except in Cases of Impeachment."**

President Bush should have been impeached and brought up on criminal charges a long time ago, but both Congresswoman Nancy Pelosi and Senator Harry Reid are protecting him from any accountability for the murders he has committed. Enclosed is both the tracking and confirmation sheet dated Tuesday July 20th of last year (2007) at 11:18 a.m. that went to Congresswoman Nancy Pelosi, establishing everything that took place concerning my mother's murder and other multiple murders on U.S. soil. Congresswoman Pelosi is ignoring the irrefutable evidence she received.

**Over $300,000.00 is illegally being withheld from me, please assist me in getting my life back.** Once you look into where I suggest you go, it will not be too hard for you to look me up. Thank you for taking the time to go through my enclosed fax.

Sincerely,

Matthew Taylor

Enclosures

145 Dorchester Ave.
Waterbury, CT  06704
May 13, 2009

Karen Torre
51 Elm St., Ste. 307
New Haven, CT  06510-2049

Dear Ms. Torre:

I apologize for using a fictitious name and address, but in order for me to increase the probability of my communications reaching their destinations, this technique is required. There is a great deal of concern with the subject matter of my communication
by a number of individuals who are trying to elude accountability for their actions.
While my objective is to strategically enlighten specific individuals and organizations, my opposition's objective is to intercept as many of my communications as possible. I am cautiously optimistic that in the very near future, I will no longer need to utilize this technique for my communications to reach their destinations.

I am contacting you in regards to your representation of Mr. Frank Ricci, I have no knowledge nor interest in the lawsuit you have filed against the city of New Haven, CT for **reverse racial discrimination**. What I am concerned about however, is the judicial environment that currently exists where Mr. Ricci's case can get traction and is enthusiastically embraced by the "status quo" "power structure" to further his and other Caucasian men's & women's prosperity simply because they are Caucasian, while conversely the "status quo" "power structure" can commit multiple murders (within the country, in cold blood) that are racially motivated against "minorities" and break a number of other laws, elude accountability for their actions and attempt to create a false "reality" where no criminal impropriates within the country have taken place.

The Supreme Court that will rule on your lawsuit for **reverse racial discrimination** is the same Supreme Court that unconstitutionally appointed Mr. George W. Bush as president (in his first term) and halted the vote count which he would of lost. Mr. Bush then illegally obtained the presidency for his second term, by cheating on the vote count. The entire "cabal" is deeply involved within the multiple murder conspiracies I previously touched upon. As the Supreme Court is currently constructed there is no doubt what the out come of your lawsuit will be. This is a Court the picks cases to rule upon based on their "racial ideology", the majority of the time when their "racially pro Caucasian" rulings are obvious, they provide no reasoning for their ruling.

Listed below is a brief summary of my plight, followed by verification enclosures. My intent is to simply publicize what the "status quo" "power structure" tries to hide and disguise. This communication will be utilized as a point of reference for many individuals and organizations from across the country, which vividly depicts the racial imbalance that currently exists within the judiciary.

For a decade now, I have labored to develop, patent (both nationally and internationally), and market two enhancement drinks. Enclosed is summary information on both enhancement drinks, for you to review. When I solicited the assistance of a number of "billionaires" to mass produce both enhancement drinks and get them on the world-wide market, I got both the "attention" and "ire" of the "status quo" "power structure", who had no interest in seeing a young black male succeed on that level. A number of "heinous" illegal acts were par taken in (**including committing multiple murders on U.S. soil**) to both derail and sabotage me. I got a number of individuals and organizations (from all over the country) within law enforcement, the judiciary, the private sector, and public office (both from a number of states and nationally) involved in the rectification of the "racially motivated conflict" I was entangled in. They all were presented irrefutable proof/evidence of exactly what took place and who was responsible for it, soon the individuals within the "power structure" who had broken the law found themselves in a position that they had never been in before that of being held accountable for their actions. Once these individuals were exposed and identified for what they had done, they utilized their positions of "power" to elude accountability. The "baton of power" has now been passed to their "brethren" within the "power structure", who have different views and outlooks but are just as committed to allowing their fellow "power structure" fraternity "brethren" to escape accountability for their actions and have elected to become complicit with them. The "division" of the "power structure" that is currently in "power" have established (through their actions) that when left to their own devises, other than putting forth the fictitious guise of legitimately being interested in

up-holding the law, they are not interested in exercising their sworn responsibilities. Thus far, the entire "power structure" has successfully prevented anyone enlightened (individuals or organizations) from acting.

The entire "power structure" has responded to being in their current position by attempting to create their own "reality" where no domestic improprieties have taken place. Their "poorly" derived scheme relies on a "smooth talking", "fast acting", very "clever" and "crafty" chameleon, "Who would rather look forward, than look back". He is an expert in camouflaging himself in whatever surrounding he is in and is able to find a point of "common ground" with any individual, group, or organization. However, smoke and mirrors without substance can only work for so long, before everything falls apart, cracks are already starting to reveal themselves within the chameleon's armor.

Given the diversity of the entities that are located across the country, it is quite an accomplishment that the fictional charade of nothing "heinous & illegal" haven taken place domestically that is currently afoot, has made it this far. There really is no long term goal in place, the concern is to simply make it (intact without being exposed ) from the morning to the evening. Distraction is the key, presenting crisis after crisis (the majority of which are manufactured) that must be focused on, rather than the numerous responsibilities of accountability that aren't being fulfilled. The "power structure" has gotten a great deal of mileage from this technique, but it has come at a "price", credibility is beginning to erode and questions are starting to arise. It is very easy to distinguish between a legitimate problem and a manipulation.

In addition to the distraction technique, the game plan is to:

Take stances and incorporate measures that are favorable to the majority of the "national populous".

&

Work diligently to pass a number of legislative bills as quickly as possible that are favorable with the overall "national populous".

In realizing these two objectives, nothing but accolades and praise will be received for being very productive and accomplishing a great deal. Re-election will easily be obtained, while simultaneously protecting their "power structure" brethren.
There are no guarantees however that this hastily crafted technique will work. Despite the leverage of the assortment of individuals within law enforcement and the judiciary that are aware of the illegal domestic acts that have taken place, concessions have still been made to the "division" of the "power structure" that has had to usurp "power", watering down some of the benefits that were initially planned to extend to the "national populous".

All the pieces you need to illuminate the complete picture are contained within the following four enclosures:

1.) My 17 page fax communication to Mr. Patrick Fitzgerald, the federal prosecutor from Chicago. There is no need for me to touch upon anything concerning this communication, it is self-explanatory.

2.) The Minnesota Post news article titled, "**Investigative reporter Seymour Hersh describes 'executive assassination ring'**" I have listed the relevant excerpts from the news article below:

....legendary investigative reporter Seymour Hersh may have made a little more news than he intended by talking about new alleged instances of domestic spying by the CIA, and about an ongoing covert military operation that he called an "**executive assassination ring**."

Hersh spoke with great confidence about these findings from his current reporting, which he hasn't written about yet.

...Hersh said that his statements were "an honest response to a question"....

...the **Central Intelligence Agency was very deeply involved in domestic activities against people they thought to be enemies of the state**. **Without any legal authority for it. They haven't been called on it yet. That does happen**.

"Right now, today, there was a story in the New York Times that if you read it carefully mentioned something known as the **Joint Special Operations Command - JSOC** it's called. It is a special wing of our special operations community that is set up independently. They do not report to anybody, except in the Bush-Cheney days, **they reported directly to the Cheney office**. They did not report to the chairman of the joint chiefs of staff or to Mr. [Robert] Gates, the secretary of defense. They reported directly to him...

"Congress has no oversight of it. **It's an executive assassination ring essentially, and it's been going on and on and on**. Just today in the Times there was a story that its leader, a three star admiral named [**William H**.] **McRaven, ordered a stop to it because there were so many collateral deaths**.

"**Under President Bush's authority, they've been going into countries, not talking to the ambassador or the CIA station chief, not talking to the ambassador or the CIA station chief, and finding people on a list and executing them and leaving. That's been going on, in the name of all of us.**

"It's complicated because the guys doing it are not murderers, and yet they are committing what we would normally call murder. It's a very complicated issue. Because they are young men that went into the Special Forces. The Delta Forces you've heard about. Navy Seal teams. Highly specialized.

"In many cases, they were the best and brightest. Really, no exaggerations. Really fine guys that went in to do the kind of necessary jobs that they think you need to do to protect

America. And then they find themselves torturing people.

"I've had people say to me - five years ago, I had one say: "What do you call it when you interrogate somebody and you leave them bleeding and they don't get any medical committee and two days later he dies. Is that murder? What happens if I get before a committee?"

"But they're not gonna get before a committee."

"Under the Bush Administration's interpretation of the law, clandestine military activities, unlike covert C.I.A. operations, do not need to be depicted in a Finding, because the President has a constitutional right to command combat forces in the field without congressional interference."

("Finding" refers to a special document that a president must issue, although not make public, to authorize covert CIA actions.)

3.) The Politico news article titled, "Dodd wants waterboarding prosecutions" Copied as it is written:

**Obama administration officials are backing away from prosecuting Bush administration officials over waterboarding - but Sen. Chris Dodd is rushing headlong in the other direction, citing his father's experiences as a Nuremberg war crimes prosecutor.**

The embattled Connecticut Democrat, speaking to home-state bloggers over the weekend, said the White House's release of the so-called torture memos creates a moral imperative for a congressional investigation - or a criminal probe that could ensnare former Vice President Dick Cheney's staff.

When a blogger asked Dodd about the memos, he took a swipe at Obama's staff for declassifying the documents without a follow-up plan for dealing with the fallout.

"I don't know who the genius was in the room that night," quipped Dodd, whose stance is sure to endear him to his party's left wing - which he'll need to beat back a tough challenge from former Republican Rep. Rob Simmons.

Dodd said he supported Senate Judiciary Committee Chairman Pat Leahy's plan to create a "truth commission".

**"Even these thugs got a lawyer; even these thugs got a trail, "he said of the Nazi defendants at Nuremberg, adding: "I know a lot of people don't want to go back - and the president said to look [ahead]...But in a sense, not to prosecute people or pursue them when these acts have occurred is...to invite it again in some future administration."**

When a questioner asked if such a probe should go "as high as Cheney's office", Dodd interrupted to say, "<u>You gotta go where you gotta go</u>."

House Judiciary Committee Chairman John Conyers (D-Mich.) and Civil Rights Subcommittee Chairman Jerrold Nadler (D-N.Y.) have asked Attorney General Eric Holder to appoint a special prosecutor to investigate the possible authorization of torture.

But late Tuesday, The New York Times reported that <u>an internal Justice Department inquiry found Bush administration lawyers who Ok'd harsh interrogations were guilty of lapses in judgment but committed no crimes warranting prosecution</u>.

&

4.) The MSNBC.com news article titled, "<u>NYT: Cheney unapologetic and unrestrained</u>" The relevant excerpt in this news article is the title. Mr. Dick Cheney is unremorseful for all that he has done, <u>**President Obama is doing all he can to keep himself, Mr. George W. Bush, and Mr. Cheney above the law**</u>.

Thank you for taking the time to read through my communication and enclosures.

Sincerely,

Matthew F. Taylor

Enclosures

145 Dorchester Ave.
Waterbury, CT  06704
May 29, 2009

Thurgood Marshall U.S. Courthouse
Attn: Sonia Sotomayor
40 Foley Square
New York, NY  10007

Dear Judge Sotomayor:

I apologize for using a fictitious name and address, but in order for me to increase the probability of my communications reaching their destinations, this technique is required. There is a great deal of concern with the subject matter of my communication
by a number of individuals who are trying to elude accountability for their actions.
While my objective is to strategically enlighten specific individuals and organizations, my opposition's objective is to intercept as many of my communications as possible. I am cautiously optimistic that in the very near future, I will no longer need to utilize this technique for my communications to reach their destinations.

Despite your "humble" background, the cumulative assessment of your judicial rulings have categorized you as a "moderate" judge...no "liberal" judge by any means or stretch of the imagination. Given the grip that the political far right has had on the judiciary within this country from its inception, this says a great deal about who you really are.

President Obama utilized your Supreme Court appointment to deflect "focus" & "attention" off of himself and on to you. While he successfully accomplished his objective, your appointment provides a "golden" opportunity for "exposure" from a very "fresh" voice to the equation. This communication (along with the enclosed enclosures) is being forwarded to a number of investigative reporting agencies to delve into. Hopefully you take the oath you took to become a judge and the rule of law very seriously and up-hold both on a continual basis. Saying you will up-hold the U.S. Constitution and the rule of law (as you have stated) and actually doing so, are two very different things. Your fellow colleagues, individuals within law enforcement, the individual who nominated you, and a host of publicly elected officials (both from a number of states and nationally) are very selective about living up to their sworn to oath to up-hold the U.S. Constitution and the rule of law, to them some individuals (including themselves) are "above the law".

Enclosed is a communication that was forwarded to Ms. Karen Torre who has filed a lawsuit against the city of New Haven, CT for **reverse racial discrimination** on behave of Mr. Frank Ricci.

As often happens, mysterious "events" take place that are surrounded in question, in time information surrounding those mysterious "events" surface, providing an understanding that initially wasn't present. In keeping with this concept, Ms. Torre's enclosed enclosures sheds a great deal of light on my second communication to the Office of Disciplinary Counsel, which I have enclosed.

You said that you are half the woman your mother is (who is thankfully still living); I ask you Judge Sotomayor, if our roles were reversed, and you were contacting me in regards to your mother's murder that was committed in cold blood due to the color of her skin and an effort was underway to not only cover up her murder but a series of other murders on U.S. soil, and I was in your current position, would you not ask me to publicly communicate the truth? Please think about that as you read my communication and examine my enclosures.

Thank you for taking the time to read through my communication and enclosures.

Sincerely,


Matthew F. Taylor

Enclosures


145 Dorchester Ave.
Waterbury, CT 06704
August 31, 2009


U.S. Justice Department
Attn: Eric Holder
950 Pennsylvania Ave.
Washington, D.C. 20530

Dear Mr. Holder:

I apologize for using a fictitious name and address, but in order for me to increase the probability of my communications reaching their destinations, this technique is required. There is a great deal of concern with the subject matter of my communication
by a number of individuals who are trying to elude accountability for their actions.
While my objective is to strategically enlighten specific individuals and organizations, my opposition's objective is to intercept as many of my communications as possible. I am cautiously optimistic that in the very near future, I will no longer need to utilize this technique for my communications to reach their destinations.

I want to personally thank you for recently appointing Mr. John Durham as the special prosecutor to investigate the C.I.A.'s past activities, even though he was previously tabbed to investigate the C.I.A.'s destruction of interrogation tapes. Mr. Durham's appointment was not a coincidence, given my communication to Mr. Patrick Fitzgerald. It speaks volumes about who you are as a person and what you stand for. The Attorney Generals before you have worked very hard at times to see to it that lawlessness without accountability reigned supreme.

On Monday August 17th of this year (2009) I personally went to Congressman Christopher Murphy's New Britain, Connecticut office (I am his constituent) and met with one of his staff members (Ms. Joanne Cannon). On the sheet I was required to fill out before I met with Ms. Cannon, out of the options listed, I circled a meeting with Congressman Murphy and a press conference. When I explained my plight to Ms. Cannon and allowed her to read my supporting documentation, she made the decision to photo copy all of the documents I presented.* She

informed me that she would pass along the information I shared with her and my supporting documentation to Mr. Robert Michalik, Jr., Congressman Murphy's District Director, who at that time was on vacation. She told me that someone would be getting in contact with me shortly and that she didn't have the authority to authorize a meeting with Congressman Murphy or have a press conference. If you have not seen any of the documents that Congressman Murphy's office photo copied, I strongly urge you to request copies from his office or I could provide you copies at your expense. I am completely out of money, which has been my adversaries objective for quite some time now. I realize however, that there is a very strong possibility that you have read all of my documents and you know exactly who I am, but I acknowledge that neither may be the case.

*- I didn't personally watch Congressman Murphy's staff photo copy my documents, I didn't want to show any distrust without cause, especially since I sincerely believe that Congressman Murphy is trying to uphold the "rule of law". After my originals were returned to me, I went through them before I left Congressman Murphy's office to make sure no documents were missing. Initially nothing seemed to be missing, however the next day when I thoroughly went through them, everything was present except for Senator Joe Lieberman's fax confirmation sheet. I have his response to my fax, but his confirmation sheet is absent, it was in the original documents that got photo copied.

The charade that President Obama continues to perpetuate with the Republican party and a number of Democrats has made the lawless hole deeper & deeper and ensnared more & more individuals. It has also turned my life completely upside down (there have been drastic adverse ramifications for my life due to all of their actions) and made day to day survival a real challenge. My adversaries are all financially secure, have a roof over their heads (the vast majority of them have an option of multiple roofs to select from each evening), can eat whatever they desire, and want for nothing. I on the other hand am financially destitute, am defacto homeless*, on food stamps, and struggling to get the daily necessities I need to live. My wants are a distant figment of my imagination. I didn't make that much money when I drove tractor-trailers, but my living situation was addressed because I lived and slept in the truck. My driving career abruptly ended in late March of this year (2009) due to my error, given that I have been the driving force behind accountability for my mother's murder (which as you know has "no statute of limitations"), it is apparent from everything that has transpired since then that my termination from driving tractor-trailers was a blessing because it ensured my safety. It is very probable that another attempt to sabotage my tractor-trailer would have been made to eliminate me and forever silence me. While I am very thankful to be safe, I have not been able to find a job. My meager savings have been exhausted and sources I have been able to borrow from have been tapped out. The only reason that I have made it this far, has been due to my resourcefulness and efficiency. The two monthly hurdles I contend with are my car insurance ($72.00 on the 16th of every month) and my storage fee ($59.00 on the 28th of every month). Just last month I was forwarded a $100.00 tax fee for my car that was delinquent as of Saturday August 1st of this year (2009), it is still outstanding and I have no way of paying it. While I have been blessed to cover my car insurance and storage fee for this month, next month I have no way to pay for either. My cell phone bill, gym memberships, and other bills…have been delinquent for several months now, I have no way of paying for any of them either.

*- When I was terminated from driving tractor-trailers, I really had no where to go. An ex-girlfriend who was/is familiar with my situation, offered to let me utilize her place (..ie..bathe, use her address as a mailing address and her phone number as a return phone number, & sometimes sleep at…but really not stay at, many nights I sleep in my car) to get back on my feet. I was open to the proposal because I transferred my driver's license from Ohio to Connecticut and I knew Connecticut was the only place I was ever going to be able to rectify my plight. While I do feel she sincerely wanted to be there for me (at the time) because I really had no where else to go, a substantial portion of her reasoning was out of her own self-interests. She does not have a driver's license, and she was interested in me chauffeuring her and her 8 year old child where they needed to go, so she wouldn't have to wait on any more taxicabs or buses, nor would she have to pay any more fares. It was largely a time and money saving maneuver on her part. I have also assisted her (at times) with child care by watching her daughter, but that has been very sporadic. The reason I ended our relationship was because she has a very negative attitude, is continually disrespectful to me, and has assumed a dismissive stance in reference to my mother's murder. While some days are much better than other days, she repeatedly reinforces the fact I made a very sound decision. She often goes out of her way to try and make my life as difficult as possible, and provides challenges and obstacles I have to work through and overcome. Another calculation she has made, is that if I am able to turn things right side up in my situation and I am financially compensated for what I have survived through, she knows because she was there for me when no one else was, she will be compensated, regardless of how bad she treats me. We have become acquaintances that are mutually benefiting from our interactions. I am very thankful and blessed that I have been able to keep my head above water thus far, but I have endured a great deal of negativity and constant disrespect. My transient status has opened me up to relentless ridicule to all I come in contact with (especially from some of my ex's family). They have no idea why I am associated with my ex since we are no longer seeing each other. No one has a clue what my situation is, and my ex paints a false picture that I am a non-ambitious bum who won't work, I believe she enjoys me being falsely labeled as a lazy individual with no ambition that counts on others to pay his bills. The good will my ex has thus far put forth has now been depleted, and the co-dependent arrangement we have utilized for the last 5 months, is very much in question. Despite my accomplishments since I was terminated from tractor-trailer driving (which she has not taken an interest in, nor does she even know what they are), she has held me personally responsible for my overall situation not changing. I could possibly be facing "straight out homelessness" next month. The only reason I have not "thrown in the towel" is because of my true and sincere faith in God and His word (the bible), and that I have stood for "what is right" even when I have stood alone. Despite where things stand right now, I know in my heart things will one day be made right.

I am going to write from this point as though you have reviewed my recent documents. If you haven't, once you are able to review them, what I am saying will make sense to you.

The driving force that keeps President Obama and his colleagues (on both sides of the political aisle (a majority of Republicans and a number of Democrats)) maintaining the façade that multiple murders of innocent U.S. citizens were not committed on U.S. soil in covert C.I.A. operations directed by President Bush and his administration, is that when they became aware of what had taken place, they decided to become complicit in the lawlessness and now they don't want to be held accountable for their complicity. As I stated in my communication to newly

confirmed Supreme Court Justice Sonia Sotomayor, there was a strenuous attempt to cover up my mother's murder along with several other innocent U.S. citizens' murders on U.S. soil...ie...President Obama stating that "he rather look forward, than back". When it became obvious that President Obama's cover-up attempt was not going to be successful, the Republicans began to "circle the wagons" politically, claiming your appointment of Mr. Durham was no more than a "partisan political witch hunt". Politics has nothing at all to do with multiple murders of innocent U.S. citizens on U.S. soil. The biggest problem in this situation has been that rather than initiate a legitimate criminal investigation into these murders where the goal is to sincerely find the perpetrators responsible, "the political ramifications of accountability" have been interjected into these murders, and everything (for the most part) has remained unexposed and stagnant. Individuals who sincerely felt they were above the law (or they would have never done anything like this), now are begging not to be held accountable for their actions.

Mr. Holder, there are no "partial truths" or "selective criminal prosecutions". Either you are going to continue the lawlessness of the Attorney Generals that had that position before you, or you are going to legitimately up-hold the U.S. Constitution and the "rule of law", whatever the political ramifications. There can be no middle ground or compromise in this matter. My experiences have taught me that when you make decisions to be honest and true to yourself and you initiate actions that reflect that, despite the difficulties you encounter, the truth has staying power that can't be undone, where as lies quickly unravel. I pray you continue to stay true to yourself and you, Mr. Durham, and the U.S. attorneys under you have the strength to legitimately get the country back under "the rule of law".

I plan to work very closely with Congressman Murphy and his office to rectify my plight, as this communication verifies, I am in need of a resolution to my plight as soon as possible. Simultaneously to forwarding this communication to you, I also forwarded a communication to Mr. Robert Michalik, Congressman Murphy's District Director, the certified tracking # to his communication is 7008 0500 0000 0046 2743. I have enclosed a copy of this communication to him, just as I have enclosed a copy of his communication to you. If at all possible I would like you to be present at the press conference I would like to coordinate with Congressman Murphy.

Thank you for taking the time to read my communication. I hope to hear from you in the very near future.

Sincerely,

Matthew F. Taylor

Enclosures

Mr. Holder's tracking # is 7008 0500 0000 0046 2736

Mr. Holder's communication was delivered at 11:30 a.m. on Friday September 4th of this year (2009) in Washington D.C. 20530

Mr. Holder is taking care of the criminal side of the equation, I am going to need representation on the civil side of the equation to file a multi-billion dollar lawsuit. I would like your firm to represent me, I hope to hear from someone from your firm soon.

Matthew Taylor

An update from the time Mr. Holder's letter was received (dated September 22nd of this year (2009):

As you gathered from Mr. Holder's letter, I knew the shoe was going to drop sometime this month, I just didn't expect it to drop the way it did. Ms. Patricia Hunter (my ex) and Mrs. Carol Robertson (her mother), who moved to Georgia and came back to Connecticut for a family get together and to visit her family & friends (she has been staying with Ms. Hunter since the 19th of last month (October), went to a casino on Saturday September 12th of this year (2009). At approximately 1:45 p.m. I dropped both of them off at the bus station, where they took a bus to the casino, while I returned to Ms. Hunter's apartment to work online to forward the above communication to law firms around the country. At approximately 12:30 a.m. Ms. Hunter called me and said that they were ready to be picked up, so I immediately left to go get them. Once I arrived at the bus station, Ms. Hunter informed me that her mother was going to the emergency room to get her swelled up foot looked at, and they had an elderly woman with them they asked me to drop off at home who needed a ride. I dropped of Ms. Robertson at the emergency room, dropped off the woman they asked me to take home, and then I dropped off Ms. Hunter at the emergency room and told her to call me when they were ready to get picked up, while I returned back to Ms. Hunter's apartment to continue to work online. At approximately 1:45 a.m. Ms. Hunter called me and told me to that Ms. Robertson would be done within half an hour, so be there at around 2:20 a.m. When I arrived at the emergency room no one was there to be picked up, so I went to the front desk and inquired about Ms. Robertson, I was told she was still seeing the doctor. Then Ms. Hunter leaned out of the double doors, and said her mother's swelling went up her leg and the doctor said he wanted to get the results of her blood tests before he released her. I said, "Ok, just give me a call when you are ready for me to pick you up." She said, "Since you are here I want you to stay, come back and wait with us." I said, "I have a great deal to do, and I have to utilize every moment, just give me a call when you are ready for me to pick you up." She then get very confrontational and said loudly, "Just give me my key"! The security guard and the nurses then looked at me and the situation took a turn to me being viewed as the problem. I just stood there in shock and didn't say anything...she then repeated what she said, "Give me my key!" One of the nurses passed her to go through the double doors and asked her,

he can't go to his house?" Ms. Hunter then very rudely, sarcastically, and loudly, "He doesn't have a home!" I then said, "You trick me to get me up here and now want your key, you are an evil woman". I then said, "Alright it is in my car I will go and get it." She then said, "That won't be necessary I will just go and get it!" We went to my car and I handed her, her key. Then she said, "Now where are you going to go, you don't have any gas and no where to do. You want to call me evil, I will show you evil", then she walked away. I just sat there in my car and couldn't believe what had just transpired. After I collected myself I went back in the emergency room to try and explain to Ms. Robertson what had taken place, the one nurse asked if I wanted to go back in the room they were waiting, I said, "Sure" and began to walk back there. The other nurse was well ahead of me to the waiting room by the time I first came to the door. She left the waiting room and met me going down the hall and said, "They don't want nothing to do with you, and we don't have arguing in this hospital, so you need to leave." I said, "Ok, and walked out and sat in my car and tired to get some rest and contemplate how I was going to deal with this situation given a number of my belongings were in Ms. Hunter's apartment. I was just starting to dose off when both Ms. Hunter and Ms. Robertson returned to my car and knocked on my window (the doors automatically lock). I unlocked the doors and they both got in, and Ms. Hunter said, "Ok, take us home." As I backed out to the parking space, she then said, "You think I am evil, I will show you evil, I don't want you using any of my electricity, matter of fact, I don't want you using anything of mine. I want you out of my house tomorrow!" As I drove, I said, "You know my situation and what I am trying to do. You are rude, disrespectful, and you feel because I am in the situation that I am in you can treat me any kind of way because I have no where to go." I then said, "It is no reason to wait until tomorrow I will leave when I drop both of you off." Mrs. Robertson just sat in back seat and didn't say a word. When I dropped them off I began gathering my things and Ms. Hunter just looked over me with a smirk and Ms. Robertson ran upstairs and got on the phone. I just repeatedly said, this all seems premeditated, and it is really interesting that you use me for a ride and then you kick me out of your apartment after you to get to where you have to get to and I utilize the little gas I have in my car. She just said, "Whatever, just get your shit and get out". Ms. Robertson yelled down several times from upstairs to stop the arguing. When I had the majority of my things gathered, Ms. Hunter wanted the process concluded and she said, "You aren't moving fast enough, she tied up some of my belongs set them on her front porch and then shut her door". Here I was at 3:00 a.m. in the morning on Sunday September 13th of this year (2009), homeless in Connecticut with no money. I couldn't help but to think that this entire situation with Ms. Hunter was staged and orchestrated in some way. Plus I was very surprised at Ms. Hunter's total disregard for my well being. She has shown herself to be (at times) a cruel, evil, vindictive person but leave someone to survive with no resources in a foreign state without really knowing anyone is heartless. I have never known her (on her worse day) to be a heartless individual. I do suspect there were a number of underlining variables in play. I returned back to the emergency room and explain that the incident they witnessed was going to be very important, in the very near future. I tired to get the first name and last initial of the nurses and the security guard but they refused to give it to me and didn't understand why I had come back or why I was going to write a statement of everything that took place because the police didn't have to get involved. I explained I was involved in a very high profile situation and thing that transpired at the emergency room is going to be a very important component. One nurse was apparently doing her rounds, the other nurse assured me that should she ever be asked what took place she would be able to remember. Undercutting my foundation would greatly benefit my adversaries in a

number of ways. Then very strategically on Friday the 18th of this year (2009) 5 days after Ms. Hunter throw me out of her apartment, when it appeared I was legitimately stranded in Connecticut, President Obama received a letter from the former F.B.I. director, requesting that he over turn Mr. Holder's decision to appoint Mr. John Durham to prosecute the multiple crimes I have exposed. I sincerely believe they thought I was not going to be able to overcome Ms. Hunter undercutting my foundation, to address their strategic maneuvers.

I was and still am facing some very definitive dead lines, I have elevated one of the deadlines, but I am still facing the others. After Ms. Hunter throw me out, I gathered myself very quickly and tried to be as efficient and concise with my time as possible. I focused in on pairing down my belongings that were in my storage space so I could fit everything in my car. It took me three trips when I left professional driving to get all of my belongings. It took me several days but I successful was able to pare everything down, even though looking at my car everything looks cluttered and there is just enough space for me to drive, but I was extremely happy with the accomplishment.

I have successfully been able to navigate a very difficult path of limited support to generate (through requests) enough resources to make necessary repairs on my car to travel long distances and purchase enough gas to make it to support strong holds. I was able to leave Connecticut on Saturday September 19th of this year (2009) at around 8:00 a.m. in the morning. While for the most part I have gotten the support I have sought, some welcomes have been warmer than others, but once the individuals read everything, I become somewhat of a pariah, that they are willing to assist but in no way want me around for an extended amount of time. Which puts me in a situation where I must be in perpetual movement, while trying to rectify my plight.

I need my plight rectified as quickly as possible, so that the money that is being illegally withheld from me is freed up, so I will have the resources to be independent and I won't have to be co-dependent on anyone.